| Check Date | Bank-Check # | Inv Date | Invoice # | Amount |
|---|---|---|---|---|
| 8/19/2015 | C-0000012937 | 8/18/2015 | SETTLEMENT TRANSACTION | -10228 |
| 8/19/2015 | C-0000012937 | 8/5/2015 | 182722 | 630.54 |
| 8/19/2015 | C-0000012937 | 7/5/2015 | 182157 | 647.36 |
| 8/19/2015 | C-0000012937 | 6/5/2015 | 181619 | 630.54 |
| 7/17/2015 | C-0000012609 | 5/13/2015 | 8336253 | 1121.63 |
| 7/17/2015 | C-0000012609 | 5/5/2015 | 181146 | 1230.69 |
| 8/19/2015 | C-0000012937 | 4/5/2015 | 180674 | 1444.5 |
| 8/19/2015 | C-0000012937 | 3/5/2015 | 180268 | 1434.76 |
| 8/19/2015 | C-0000012937 | 2/9/2015 | 4871410 | 156.94 |
| 8/19/2015 | C-0000012937 | 2/5/2015 | 179864 | 5182.36 |
| 8/19/2015 | C-0000012937 | 2/2/2015 | 4871406 | 492.79 |
| 5/8/2015 | J-0000001957 | 1/23/2015 | 7113332 | 4363.89 |
| 8/19/2015 | C-0000012937 | 1/22/2015 | 5997801 | 489.05 |
| 8/19/2015 | C-0000012937 | 1/20/2015 | 5997800 | 489.05 |
| 8/19/2015 | C-0000012937 | 1/20/2015 | 8560808 | 726.04 |
| 8/19/2015 | C-0000012937 | 1/16/2015 | 5997799 | 411.89 |
| 8/19/2015 | C-0000012937 | 1/13/2015 | 3507129 | 157.05 |
| 8/19/2015 | C-0000012937 | 1/7/2015 | 4875672 | 5348.6 |
| 8/19/2015 | C-0000012937 | 1/5/2015 | 179355 | 5300.23 |
| 8/19/2015 | C-0000012937 | 12/30/2014 | 3468896 | 697.94 |
| 8/19/2015 | C-0000012937 | 12/30/2014 | 5997796 | 501.9 |
| 8/19/2015 | C-0000012937 | 12/23/2014 | 0871327 | 3627.43 |
| 8/19/2015 | C-0000012937 | 12/23/2014 | 4875517 | 371.06 |
| 8/19/2015 | C-0000012937 | 12/22/2014 | 4875981 | 4974.99 |
| 8/19/2015 | C-0000012937 | 12/18/2014 | 8576746 | 1404.47 |
| 8/19/2015 | C-0000012937 | 12/5/2014 | 178859 | 3892.32 |
| 8/19/2015 | C-0000012937 | 11/24/2014 | 21899 | 34.5 |
| 8/19/2015 | C-0000012937 | 11/24/2014 | 21900 | 34.5 |
| 8/19/2015 | C-0000012937 | 11/21/2014 | 3464482 | 519.34 |
| 8/19/2015 | C-0000012937 | 11/20/2014 | 5901096 | 436.77 |
| 8/19/2015 | C-0000012937 | 11/20/2014 | 5901097 | 935.15 |
| 8/19/2015 | C-0000012937 | 11/20/2014 | 5973836 | 363.98 |
| 8/19/2015 | C-0000012937 | 11/17/2014 | 4873817 | 2086.7 |
| 8/19/2015 | C-0000012937 | 11/17/2014 | 4874892 | 1326.33 |
| 8/19/2015 | C-0000012937 | 11/14/2014 | 5886772 | 94.61 |
| 8/19/2015 | C-0000012937 | 11/13/2014 | 1016973 | 130.09 |
| 8/19/2015 | C-0000012937 | 11/11/2014 | 3241146 | 9254.24 |
| 8/19/2015 | C-0000012937 | 11/10/2014 | 3462860 | 1292.31 |
| 8/19/2015 | C-0000012937 | 11/10/2014 | 4874880 | 418.35 |
| 8/19/2015 | C-0000012937 | 11/7/2014 | 3462664 | 631.6 |

| 8/19/2015 | C-0000012937 | 11/6/2014 | 4871467 | 4697.21 |
|---|---|---|---|---|
| 4/9/2015 | J-0000001626 | 11/5/2014 | 178401 | 680.15 |
| 4/9/2015 | J-0000001626 | 11/5/2014 | 178557 | 198.92 |
| 4/9/2015 | J-0000001626 | 11/5/2014 | 3462249 | 14254.29 |
| 5/8/2015 | J-0000001957 | 11/5/2014 | 3462253 | 17641.8 |
| 5/8/2015 | J-0000001957 | 11/5/2014 | 3462284 | 18003.95 |
| 2/4/2015 | J-0000001052 | 11/4/2014 | 3462081 | 15651.95 |
| 2/4/2015 | J-0000001052 | 11/4/2014 | 3462179 | 13502.45 |
| 2/4/2015 | J-0000001052 | 10/31/2014 | 8341242 | 19508.98 |
| 2/4/2015 | J-0000001052 | 10/31/2014 | 8341243 | 19508.98 |
| 2/4/2015 | J-0000001052 | 10/29/2014 | 0938869 | 19508.98 |
| 2/4/2015 | J-0000001052 | 10/29/2014 | 0938870 | 19508.98 |
| 2/4/2015 | J-0000001052 | 10/28/2014 | 1000223 | 767.29 |
| 2/4/2015 | J-0000001052 | 10/28/2014 | 1004741 | 130.09 |
| 2/4/2015 | J-0000001052 | 10/24/2014 | 0999404 | 13413.86 |
| 2/4/2015 | J-0000001052 | 10/24/2014 | 4873810 | 9482.25 |
| 2/4/2015 | J-0000001052 | 10/22/2014 | 0930355 | 501.23 |
| 2/4/2015 | J-0000001052 | 10/22/2014 | 5116263 | 95.04 |
| 2/4/2015 | J-0000001052 | 10/21/2014 | 4874734 | 237.3 |
| 2/4/2015 | J-0000001052 | 10/21/2014 | 4874735 | 1133.79 |
| 2/4/2015 | J-0000001052 | 10/21/2014 | 4874736 | 1276.55 |
| 2/4/2015 | J-0000001052 | 10/20/2014 | 5874797 | 95.04 |
| 2/4/2015 | J-0000001052 | 10/17/2014 | 0938223 | 13196.4 |
| 2/4/2015 | J-0000001052 | 10/17/2014 | 0939137 | 614.73 |
| 2/4/2015 | J-0000001052 | 10/17/2014 | 5978534 | 232.07 |
| 2/4/2015 | J-0000001052 | 10/17/2014 | 8551479 | 796.13 |
| 2/4/2015 | J-0000001052 | 10/17/2014 | 8560654 | 1797.27 |
| 2/4/2015 | J-0000001052 | 10/16/2014 | 0934031 | 758.35 |
| 2/4/2015 | J-0000001052 | 10/16/2014 | 4874568 | 268.8 |
| 2/4/2015 | J-0000001052 | 10/16/2014 | 5896710 | 95.54 |
| 2/4/2015 | J-0000001052 | 10/16/2014 | 8335378 | 21122.2 |
| 2/4/2015 | J-0000001052 | 10/16/2014 | 8577468 | 1478.76 |
| 2/4/2015 | J-0000001052 | 10/15/2014 | 1019345 | 2354.1 |
| 2/4/2015 | J-0000001052 | 10/15/2014 | 5914460 | 3061.39 |
| 2/4/2015 | J-0000001052 | 10/15/2014 | 5917519 | 95.54 |
| 2/4/2015 | J-0000001052 | 10/14/2014 | 0939090 | 6852.88 |
| 2/4/2015 | J-0000001052 | 10/14/2014 | 1008792 | 131.37 |
| 2/4/2015 | J-0000001052 | 10/14/2014 | 4858997 | 200.38 |
| 2/4/2015 | J-0000001052 | 10/14/2014 | 4873671 | 7924.6 |
| 2/4/2015 | J-0000001052 | 10/14/2014 | 5766509 | 519.52 |
| 2/4/2015 | J-0000001052 | 10/14/2014 | 5887590 | 95.54 |
| 2/4/2015 | J-0000001052 | 10/14/2014 | 5914045 | 2354.1 |

| 2/4/2015 | J-0000001052 | 10/14/2014 | 5914046 | 2354.1 |
|---|---|---|---|---|
| 2/4/2015 | J-0000001052 | 10/14/2014 | 5954011 | 95.98 |
| 2/4/2015 | J-0000001052 | 10/14/2014 | 8559549 | 1486.29 |
| 2/4/2015 | J-0000001052 | 10/13/2014 | 0930373 | 662.03 |
| 2/4/2015 | J-0000001052 | 10/13/2014 | 1007232 | 460.9 |
| 2/4/2015 | J-0000001052 | 10/10/2014 | 0934387 | 1875.24 |
| 1/9/2015 | C-0000012501 | 10/10/2014 | 4858994 | 1064.2 |
| 2/4/2015 | J-0000001052 | 10/10/2014 | 8335369 | 12523.05 |
| 2/4/2015 | J-0000001052 | 10/8/2014 | 0939386 | 10708.51 |
| 1/9/2015 | C-0000012501 | 10/8/2014 | 4874658 | 1610.05 |
| 1/9/2015 | C-0000012501 | 10/5/2014 | 177914 | 805.57 |
| 1/9/2015 | C-0000012501 | 10/5/2014 | 178094 | 198.92 |
| 1/9/2015 | C-0000012501 | 10/3/2014 | 5960496 | 95.98 |
| 1/9/2015 | C-0000012501 | 10/3/2014 | 8336767 | 3271.48 |
| 1/9/2015 | C-0000012501 | 10/2/2014 | 1000192 | 620.81 |
| 2/4/2015 | J-0000001052 | 10/1/2014 | 8336762 | 18828.69 |
| 2/4/2015 | J-0000001052 | 9/30/2014 | 8336758 | 19535.37 |
| 1/9/2015 | C-0000012501 | 9/29/2014 | 5953013 | 137.26 |
| 1/9/2015 | C-0000012501 | 9/25/2014 | 0898491 | 1403.05 |
| 1/9/2015 | C-0000012501 | 9/23/2014 | 5950131 | 1349.24 |
| 1/9/2015 | C-0000012501 | 9/22/2014 | 4871494 | 692.32 |
| 1/9/2015 | C-0000012501 | 9/22/2014 | 8551478 | 424.43 |
| 1/9/2015 | C-0000012501 | 9/19/2014 | 0934860 | 1416.26 |
| 1/9/2015 | C-0000012501 | 9/19/2014 | 5901517 | 318.09 |
| 1/9/2015 | C-0000012501 | 9/19/2014 | 5948491 | 340.81 |
| 1/9/2015 | C-0000012501 | 9/19/2014 | 8092703 | 1717.86 |
| 12/22/2014 | J-0000000310 | 9/17/2014 | 5901518 | 96.91 |
| 12/22/2014 | J-0000000310 | 9/15/2014 | 0930094 | 326.25 |
| 12/12/2014 | C-0000012456 | 9/9/2014 | 3504426 | 134.41 |
| 12/12/2014 | C-0000012456 | 9/9/2014 | 8569773 | 699.62 |
| 12/12/2014 | C-0000012456 | 9/8/2014 | 3452792 | 1977.12 |
| 12/12/2014 | C-0000012456 | 9/8/2014 | 5901475 | 372.84 |
| 12/12/2014 | C-0000012456 | 9/8/2014 | 8568713 | 788.51 |
| 12/12/2014 | C-0000012456 | 9/5/2014 | 177430 | 1125.87 |
| 12/12/2014 | C-0000012456 | 9/5/2014 | 6007120 | 1395.8 |
| 12/12/2014 | C-0000012456 | 9/4/2014 | 3504416 | 748.38 |
| 12/12/2014 | C-0000012456 | 9/3/2014 | 3504275 | 450.28 |
| 12/5/2014 | J-0000000229 | 8/29/2014 | 5901710 | 1783.45 |
| 12/5/2014 | J-0000000229 | 8/28/2014 | 0930826 | 1974.02 |
| 12/5/2014 | J-0000000229 | 8/27/2014 | 5900457 | 1783.45 |
| 12/5/2014 | J-0000000229 | 8/26/2014 | 3451024 | 6920.27 |
| 12/5/2014 | J-0000000229 | 8/22/2014 | 0938473 | 2726.2 |

| 11/17/2014 | C- | 8/22/2014 | 3230786 | 13261.03 |
|---|---|---|---|---|
| 12/5/2014 | J-0000000229 | 8/22/2014 | 5901502 | 469.42 |
| 12/5/2014 | J-0000000229 | 8/22/2014 | 5938545 | 625.89 |
| 12/5/2014 | J-0000000229 | 8/22/2014 | 6007119 | 1395.8 |
| 11/20/2014 | C-0000012372 | 8/15/2014 | 3448805 | 417.83 |
| 11/20/2014 | C-0000012372 | 8/15/2014 | 5946878 | 1783.45 |
| 11/20/2014 | C-0000012372 | 8/15/2014 | 5946879 | 365.76 |
| 11/20/2014 | C-0000012372 | 8/14/2014 | 0865308 | 796.25 |
| 11/20/2014 | C-0000012372 | 8/12/2014 | 4874552 | 538.43 |
| 11/10/2014 | C-0000012267 | 8/5/2014 | 176978 | 1018.33 |
| 11/10/2014 | C-0000012267 | 8/5/2014 | 4874554 | 365.76 |
| 11/10/2014 | C-0000012267 | 8/1/2014 | 0931579 | 909.91 |
| 11/10/2014 | C-0000012267 | 7/31/2014 | 5946871 | 365.76 |
| 9/30/2014 | C-0000011744 | 7/25/2014 | 3446161 | 4115.24 |
| 9/30/2014 | C-0000011744 | 7/25/2014 | 8341336 | 816.99 |
| 9/30/2014 | C-0000011744 | 7/23/2014 | 5946867 | 365.76 |
| 9/30/2014 | C-0000011744 | 7/17/2014 | 3228458 | 1684.39 |
| 9/30/2014 | C-0000011744 | 7/14/2014 | 4279892 | 4277.73 |
| 9/30/2014 | C-0000011744 | 7/14/2014 | 4870235 | 7884.56 |
| 9/30/2014 | C-0000011744 | 7/10/2014 | 5946861 | 367.39 |
| 9/30/2014 | C-0000011744 | 7/5/2014 | 176507 | 569.39 |
| 9/30/2014 | C-0000011744 | 7/2/2014 | 5892602 | 100.05 |
| 9/30/2014 | C-0000011744 | 7/1/2014 | 4870248 | 383.79 |
| 9/30/2014 | C-0000011744 | 6/30/2014 | 5946858 | 516.9 |
| 9/30/2014 | C-0000011744 | 6/25/2014 | 5980738 | 99.16 |
| 9/19/2014 | C-0000011634 | 6/20/2014 | 5938645 | 603 |
| 9/19/2014 | C-0000011634 | 6/18/2014 | 4860043 | 731.56 |
| 9/19/2014 | C-0000011634 | 6/18/2014 | 4874547 | 603 |
| 9/19/2014 | C-0000011634 | 6/17/2014 | 4772372 | 509.74 |
| 9/19/2014 | C-0000011634 | 6/17/2014 | 5952429 | 273.11 |
| 9/19/2014 | C-0000011634 | 6/17/2014 | 8557532 | 9359.8 |
| 9/19/2014 | C-0000011634 | 6/13/2014 | 4874543 | 603 |
| 9/11/2014 | C-0000011548 | 6/10/2014 | 5809447 | 344.86 |
| 9/11/2014 | C-0000011548 | 6/10/2014 | 5949281 | 4785.1 |
| 9/11/2014 | C-0000011548 | 6/10/2014 | 5952426 | 188.1 |
| 9/11/2014 | C-0000011548 | 6/10/2014 | 8557580 | 2051.18 |
| 9/11/2014 | C-0000011548 | 6/6/2014 | 4873640 | 701.56 |
| 9/11/2014 | C-0000011548 | 6/5/2014 | 176083 | 1155.08 |
| 9/11/2014 | C-0000011548 | 6/5/2014 | 7136457 | 248.4 |
| 9/11/2014 | C-0000011548 | 6/5/2014 | 8090217 | 5177.02 |
| 9/11/2014 | C-0000011548 | 6/2/2014 | 5952425 | 209.01 |
| 9/11/2014 | C-0000011548 | 5/28/2014 | 4860077 | 861.44 |

| 9/11/2014 | C-0000011548 | 5/28/2014 | 4873329 | 7924.6 |
|---|---|---|---|---|
| 9/11/2014 | C-0000011548 | 5/28/2014 | 4873675 | 7924.6 |
| 9/2/2014 | C-0000011448 | 5/22/2014 | 5116226 | 428.84 |
| 9/2/2014 | C-0000011448 | 5/19/2014 | 5889872 | 99.6 |
| 9/2/2014 | C-0000011448 | 5/16/2014 | 3435855 | 1249.41 |
| 9/30/2014 | C-0000011744 | 5/14/2014 | 6022493 | 99.6 |
| 8/5/2014 | C-0000011116 | 5/13/2014 | 3502004 | 266.48 |
| 8/5/2014 | C-0000011116 | 5/13/2014 | 5889868 | 546.77 |
| 8/5/2014 | C-0000011116 | 5/8/2014 | 4873479 | 7964.64 |
| 8/5/2014 | C-0000011116 | 5/8/2014 | 8092109 | 718.29 |
| 8/5/2014 | C-0000011116 | 5/6/2014 | 4873624 | 207.28 |
| 8/5/2014 | C-0000011116 | 5/6/2014 | 5952423 | 262.42 |
| 8/5/2014 | C-0000011116 | 5/5/2014 | 175712 | 1135.75 |
| 8/5/2014 | C-0000011116 | 5/5/2014 | 5946843 | 118.1 |
| 8/5/2014 | C-0000011116 | 4/30/2014 | 5946842 | 1791.4 |
| 8/5/2014 | C-0000011116 | 4/25/2014 | 6007037 | 99.6 |
| 8/5/2014 | C-0000011116 | 4/24/2014 | 5946839 | 514.6 |
| 8/5/2014 | C-0000011116 | 4/19/2014 | 6007001 | 104.5 |
| 8/5/2014 | C-0000011116 | 4/18/2014 | 3501563 | 362.83 |
| 8/5/2014 | C-0000011116 | 4/17/2014 | 4874222 | 404.68 |
| 8/5/2014 | C-0000011116 | 4/17/2014 | 8089903 | 624.22 |
| 6/24/2014 | C-0000010525 | 4/15/2014 | 4860053 | 426.92 |
| 6/24/2014 | C-0000010525 | 4/14/2014 | 5966409 | 299.11 |
| 6/24/2014 | C-0000010525 | 4/12/2014 | 4873266 | 724.38 |
| 6/24/2014 | C-0000010525 | 4/11/2014 | 4855597 | 1851.88 |
| 6/24/2014 | C-0000010525 | 4/11/2014 | 5943862 | 857.6 |
| 6/24/2014 | C-0000010525 | 4/11/2014 | 5946832 | 603 |
| 6/24/2014 | C-0000010525 | 4/9/2014 | 4873555 | 99.16 |
| 6/24/2014 | C-0000010525 | 4/5/2014 | 175363 | 84.12 |
| 6/11/2014 | C-0000010430 | 4/4/2014 | 5947422 | 1775.5 |
| 11/10/2014 | C-0000012267 | 4/4/2014 | 6007012 | 99.16 |
| 6/11/2014 | C-0000010430 | 4/2/2014 | 5946824 | 603 |
| 6/11/2014 | C-0000010430 | 3/21/2014 | 4873440 | 99.6 |
| 6/11/2014 | C-0000010430 | 3/19/2014 | 6006827 | 99.6 |
| 6/11/2014 | C-0000010430 | 3/19/2014 | 6023208 | 1783.45 |
| 6/11/2014 | C-0000010430 | 3/19/2014 | 6023209 | 1783.45 |
| 6/11/2014 | C-0000010430 | 3/19/2014 | 6023211 | 1783.45 |
| 6/11/2014 | C-0000010430 | 3/19/2014 | 8555438 | 16639.38 |
| 6/11/2014 | C-0000010430 | 3/19/2014 | 8555439 | 10221.14 |
| 6/11/2014 | C-0000010430 | 3/18/2014 | 8555368 | 22923.26 |
| 6/11/2014 | C-0000010430 | 3/13/2014 | 5116295 | 290 |
| 6/11/2014 | C-0000010430 | 3/13/2014 | 5116460 | 99.6 |

| 6/11/2014 | C-0000010430 | 3/13/2014 | 5889832 | 99.6 |
|-----------|--------------|-----------|---------|------|
| 6/11/2014 | C-0000010430 | 3/12/2014 | 5982440 | 605.7 |
| 6/11/2014 | C-0000010430 | 3/11/2014 | 5116294 | 130.63 |
| 6/11/2014 | C-0000010430 | 3/7/2014 | 5971226 | 99.6 |
| 6/11/2014 | C-0000010430 | 3/7/2014 | 8577344 | 1648.54 |
| 5/29/2014 | C-0000010164 | 3/6/2014 | 3500724 | 378.83 |
| 5/29/2014 | C-0000010164 | 3/5/2014 | 175003 | 51.3 |
| 5/29/2014 | C-0000010164 | 3/4/2014 | 4860059 | 1395.8 |
| 5/29/2014 | C-0000010164 | 3/3/2014 | 4273546 | 393.14 |
| 5/29/2014 | C-0000010164 | 3/3/2014 | 4771697 | 327.62 |
| 5/29/2014 | C-0000010164 | 3/3/2014 | 4858661 | 2160.84 |
| 5/16/2014 | C-0000010108 | 2/27/2014 | 3500611 | 1316.39 |
| 5/16/2014 | C-0000010108 | 2/26/2014 | 3500590 | 1720.19 |
| 3/18/2014 | C-0000009611 | 2/13/2014 | 5116486 | 99.16 |
| 3/18/2014 | C-0000009611 | 2/11/2014 | 3500311 | 303.79 |
| 3/18/2014 | C-0000009611 | 2/11/2014 | 5974325 | 132.65 |
| 3/18/2014 | C-0000009611 | 2/10/2014 | 5974321 | 104.04 |
| 3/18/2014 | C-0000009611 | 2/5/2014 | 174609 | 3488.68 |
| 3/18/2014 | C-0000009611 | 2/4/2014 | 4859519 | 603 |
| 3/18/2014 | C-0000009611 | 2/3/2014 | 4858655 | 314.1 |
| 3/10/2014 | C-0000009514 | 1/31/2014 | 5951014 | 99.16 |
| 8/19/2015 | C-0000012937 | 1/31/2014 | 4859149-2 | -5029.4 |
| 8/19/2015 | C-0000012937 | 1/31/2014 | 4860632-2 | -5029.4 |
| 3/10/2014 | C-0000009514 | 1/30/2014 | 4873881 | 666.38 |
| 3/10/2014 | C-0000009514 | 1/30/2014 | 5070317 | 392.31 |
| 3/10/2014 | C-0000009514 | 1/29/2014 | 3500102 | 723.6 |
| 2/26/2014 | C-0000009330 | 1/28/2014 | 4858338 | 4767.16 |
| 2/26/2014 | C-0000009330 | 1/28/2014 | 5068564 | 2085 |
| 2/26/2014 | C-0000009330 | 1/28/2014 | 8095639 | 1831.89 |
| 2/26/2014 | C-0000009330 | 1/24/2014 | 4858305 | 1389.58 |
| 2/26/2014 | C-0000009330 | 1/24/2014 | 5067833 | 1283.39 |
| 2/26/2014 | C-0000009330 | 1/23/2014 | 5946811 | 99.16 |
| 2/26/2014 | C-0000009330 | 1/21/2014 | 5066464 | 10466.69 |
| 2/26/2014 | C-0000009330 | 1/21/2014 | 5967706 | 140.45 |
| 2/26/2014 | C-0000009330 | 1/21/2014 | 7165263 | 1053.02 |
| 2/26/2014 | C-0000009330 | 1/17/2014 | 5946806 | 99.16 |
| 2/26/2014 | C-0000009330 | 1/16/2014 | 5960603 | 603 |
| 2/26/2014 | C-0000009330 | 1/16/2014 | 7180595 | 262.12 |
| 4/10/2014 | C-0000009853 | 1/16/2014 | 8555810 | 1508.9 |
| 2/26/2014 | C-0000009330 | 1/15/2014 | 4858299 | 1389.58 |
| 2/26/2014 | C-0000009330 | 1/15/2014 | 4858300 | 1389.58 |
| 2/26/2014 | C-0000009330 | 1/15/2014 | 4858301 | 1389.58 |

| 2/26/2014 | C-0000009330 | 1/15/2014 | 4858302 | 1389.58 |
|-----------|--------------|-----------|---------|---------|
| 2/26/2014 | C-0000009330 | 1/15/2014 | 4858303 | 857.6 |
| 3/10/2014 | C-0000009514 | 1/13/2014 | 4858610 | 802.32 |
| 2/26/2014 | C-0000009330 | 1/13/2014 | 5965475 | 605.7 |
| 3/10/2014 | C-0000009514 | 1/10/2014 | 4860637 | 5609.1 |
| 2/26/2014 | C-0000009330 | 1/10/2014 | 4860638 | 4830 |
| 2/26/2014 | C-0000009330 | 1/10/2014 | 5849729 | 2946.39 |
| 3/18/2014 | C-0000009611 | 1/10/2014 | 4860637-1 | 1972.4 |
| 3/18/2014 | C-0000009611 | 1/10/2014 | 4860638-1 | 2751.5 |
| 3/18/2014 | C-0000009611 | 1/9/2014 | 4860635 | 7581.5 |
| 3/18/2014 | C-0000009611 | 1/9/2014 | 4860636 | 7581.5 |
| 2/26/2014 | C-0000009330 | 1/8/2014 | 3414299 | 11597.4 |
| 2/26/2014 | C-0000009330 | 1/8/2014 | 5960601 | 1860.17 |
| 2/26/2014 | C-0000009330 | 1/8/2014 | 8339125 | 1580.41 |
| 2/26/2014 | C-0000009330 | 1/5/2014 | 174143 | 3492.67 |
| 2/26/2014 | C-0000009330 | 1/3/2014 | 4858399 | 687.06 |
| 2/26/2014 | C-0000009330 | 1/3/2014 | 5961688 | 1851.88 |
| 2/26/2014 | C-0000009330 | 1/3/2014 | 5961689 | 1417.58 |
| 4/10/2014 | C-0000009853 | 1/3/2014 | 8339690 | 629.92 |
| 2/4/2014 | C-0000008937 | 12/27/2013 | 5965457 | 208.08 |
| 2/4/2014 | C-0000008937 | 12/26/2013 | 8088892 | 5201.03 |
| 2/4/2014 | C-0000008937 | 12/26/2013 | 8578088 | 2617.32 |
| 2/4/2014 | C-0000008937 | 12/19/2013 | 0709924 | 208.08 |
| 2/4/2014 | C-0000008937 | 12/19/2013 | 0858680 | 1919.39 |
| 2/26/2014 | C-0000009330 | 12/19/2013 | 4860634 | 7884.56 |
| 2/4/2014 | C-0000008937 | 12/18/2013 | 8575981 | 9909 |
| 2/4/2014 | C-0000008937 | 12/16/2013 | 0872180 | 1191.68 |
| 2/4/2014 | C-0000008937 | 12/16/2013 | 4861289 | 410.58 |
| 2/4/2014 | C-0000008937 | 12/16/2013 | 4861290 | 637.51 |
| 2/26/2014 | C-0000009330 | 12/14/2013 | 4860633 | 7581.5 |
| 2/26/2014 | C-0000009330 | 12/13/2013 | 4859149 | 7581.5 |
| 2/26/2014 | C-0000009330 | 12/13/2013 | 4860632 | 7581.5 |
| 2/26/2014 | C-0000009330 | 12/13/2013 | 4861288 | 7581.5 |
| 2/4/2014 | C-0000008937 | 12/13/2013 | 5748009 | 516.67 |
| 2/4/2014 | C-0000008937 | 12/13/2013 | 5961680 | 824.1 |
| 2/4/2014 | C-0000008937 | 12/13/2013 | 8573474 | 1093.92 |
| 4/10/2014 | C-0000009853 | 12/13/2013 | 4859149-1 | 5029.4 |
| 4/10/2014 | C-0000009853 | 12/13/2013 | 4860632-1 | 5029.4 |
| 2/4/2014 | C-0000008937 | 12/9/2013 | 5911538 | 492.69 |
| 2/4/2014 | C-0000008937 | 12/9/2013 | 5911730 | 250.04 |
| 2/4/2014 | C-0000008937 | 12/9/2013 | 5960739 | 372.56 |
| 2/4/2014 | C-0000008937 | 12/6/2013 | 4858400 | 476.26 |

| 2/4/2014 | C-0000008937 | 12/5/2013 | 173691 | 484.39 |
|----------|--------------|-----------|--------|--------|
| 2/4/2014 | C-0000008937 | 12/4/2013 | 3413292 | 11001.65 |
| 2/4/2014 | C-0000008937 | 12/4/2013 | 4858398 | 762.69 |
| 2/4/2014 | C-0000008937 | 12/4/2013 | 5911531 | 250.04 |
| 2/4/2014 | C-0000008937 | 12/4/2013 | 5960736 | 1348.65 |
| 2/4/2014 | C-0000008937 | 12/4/2013 | 5981301 | 1775.5 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 0879734 | 11752.65 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413284 | 11001.65 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413335 | 11752.65 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413432 | 11032.75 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413436 | 12518.82 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413437 | 12880.26 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413471 | 12518.82 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413536 | 11001.65 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413634 | 12518.82 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413659 | 12880.26 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 3413707 | 12880.26 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 4279486 | 2286.04 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 5960730 | 1851.88 |
| 2/4/2014 | C-0000008937 | 12/3/2013 | 8088018 | 11752.65 |
| 2/4/2014 | C-0000008937 | 12/2/2013 | 8088023 | 18880.8 |
| 2/4/2014 | C-0000008937 | 11/27/2013 | 4858779 | 150.03 |
| 2/4/2014 | C-0000008937 | 11/26/2013 | 0861164 | 734.97 |
| 2/4/2014 | C-0000008937 | 11/26/2013 | 8094710 | 1888.58 |
| 2/4/2014 | C-0000008937 | 11/26/2013 | 8094710A | 580.75 |
| 2/4/2014 | C-0000008937 | 11/25/2013 | 4771179 | 4688.66 |
| 2/4/2014 | C-0000008937 | 11/25/2013 | 4859654 | 99.16 |
| 2/4/2014 | C-0000008937 | 11/25/2013 | 5836144 | 1775.5 |
| 2/4/2014 | C-0000008937 | 11/22/2013 | 5960731 | 1851.88 |
| 3/18/2014 | C-0000009611 | 11/22/2013 | 0861164B | 236.69 |
| 2/4/2014 | C-0000008937 | 11/21/2013 | 5954915 | 1170.22 |
| 3/18/2014 | C-0000009611 | 11/20/2013 | 943000 | 2286.04 |
| 1/7/2014 | C-0000008760 | 11/20/2013 | 8576413 | 9469.5 |
| 1/7/2014 | C-0000008760 | 11/19/2013 | 4858508 | 579.55 |
| 1/7/2014 | C-0000008760 | 11/19/2013 | 5966926 | 2734.68 |
| 1/7/2014 | C-0000008760 | 11/19/2013 | 8576412 | 8954.5 |
| 4/10/2014 | C-0000009853 | 11/18/2013 | 5748006 | 410.58 |
| 1/7/2014 | C-0000008760 | 11/18/2013 | 5874971 | 1851.88 |
| 1/7/2014 | C-0000008760 | 11/15/2013 | 5855286 | 741.82 |
| 1/7/2014 | C-0000008760 | 11/13/2013 | 4860995 | 1247.83 |
| 1/7/2014 | C-0000008760 | 11/8/2013 | 8094923 | 6348.55 |
| 1/7/2014 | C-0000008760 | 11/7/2013 | 5954911 | 180.85 |

| | | | | |
|---|---|---|---|---|
| 2/4/2014 | C-0000008937 | 11/6/2013 | 4279472 | 4421.61 |
| 2/4/2014 | C-0000008937 | 11/5/2013 | 173235 | 2 |
| 1/7/2014 | C-0000008760 | 10/31/2013 | 4222771 | 4620.82 |
| 12/17/2013 | C-0000008531 | 10/30/2013 | 8573321 | 421.99 |
| 12/17/2013 | C-0000008531 | 10/23/2013 | 5911935 | 1793.23 |
| 12/12/2013 | C-0000008479 | 10/9/2013 | 4243658 | 6469.32 |
| 12/12/2013 | C-0000008479 | 10/9/2013 | 4243659 | 6469.32 |
| 12/12/2013 | C-0000008479 | 10/9/2013 | 4243660 | 6469.32 |
| 12/12/2013 | C-0000008479 | 10/9/2013 | 4243661 | 6469.32 |
| 11/1/2013 | C-0000007921 | 10/7/2013 | 4858376 | 818.01 |
| 11/1/2013 | C-0000007921 | 10/4/2013 | 4861603 | 302.74 |
| 11/1/2013 | C-0000007921 | 10/3/2013 | 4860261 | 664.86 |
| 11/1/2013 | C-0000007921 | 9/27/2013 | 3200289 | 344.89 |
| 1/7/2014 | C-0000008760 | 9/24/2013 | 5951205 | 114.12 |
| 11/1/2013 | C-0000007921 | 9/19/2013 | 4272143 | 134.54 |
| 10/14/2013 | C-0000007812 | 9/16/2013 | 4858411 | 253.59 |
| 10/14/2013 | C-0000007812 | 9/16/2013 | 5116393 | 129.34 |
| 10/14/2013 | C-0000007812 | 9/12/2013 | 4859266 | 416.4 |
| 10/14/2013 | C-0000007812 | 9/10/2013 | PRO 3198899 | 7837.55 |
| 10/14/2013 | C-0000007812 | 9/5/2013 | 172327 | 41.36 |
| 10/1/2013 | C-0000007576 | 9/3/2013 | PRO 3198129 | 10229.18 |
| 1/7/2014 | C-0000008760 | 8/29/2013 | 4858505 | 414.25 |
| 9/12/2013 | C-0000007462 | 8/12/2013 | 4860081 | 423.99 |
| 9/12/2013 | C-0000007462 | 8/12/2013 | PRO 3195496 | 13537.1 |
| 9/12/2013 | C-0000007462 | 8/12/2013 | PRO 3195562 | 13227.47 |
| 1/7/2014 | C-0000008760 | 8/6/2013 | 4858504 | 184.47 |
| 8/30/2013 | C-0000007236 | 8/5/2013 | 171840 | 469.68 |
| 8/30/2013 | C-0000007236 | 7/30/2013 | 4858253 | 2757.1 |
| 8/30/2013 | C-0000007236 | 7/25/2013 | 4861596 | 377.74 |
| 8/16/2013 | C-0000007121 | 7/5/2013 | 171376 | 60.13 |
| 8/7/2013 | C-0000006888 | 6/21/2013 | 4861592 | 410.58 |
| 8/7/2013 | C-0000006888 | 6/6/2013 | 0882787 | 2545.8 |
| 8/7/2013 | C-0000006888 | 6/6/2013 | 2784835 | 24757.45 |
| 8/7/2013 | C-0000006888 | 6/5/2013 | 170970 | 16.17 |
| 8/7/2013 | C-0000006888 | 6/3/2013 | PRO 2788102 | 15743.54 |
| 8/7/2013 | C-0000006888 | 5/17/2013 | 0805385 | 4008.63 |
| 7/3/2013 | C-0000006726 | 5/5/2013 | 170576 | 178.29 |
| 5/31/2013 | C-0000006416 | 4/5/2013 | 170227 | 161.94 |
| 5/31/2013 | C-0000006416 | 3/26/2013 | 4862093 | 1078.26 |
| 5/17/2013 | C-0000006341 | 3/6/2013 | 7085930 | 1616.98 |
| 5/17/2013 | C-0000006341 | 3/5/2013 | 169857 | 24.07 |
| 5/17/2013 | C-0000006341 | 3/4/2013 | 8551472 | 9191.6 |

| | | | | | |
|---|---|---|---|---|---|
| 4/12/2013 | C-0000006099 | 2/5/2013 | | 169462 | 22.69 |
| 4/1/2013 | C-0000005942 | 1/29/2013 | | 4862787 | 401.86 |
| 4/1/2013 | C-0000005942 | 1/28/2013 | | 4242146 | 1202.52 |
| 2/22/2013 | C-0000005726 | 12/17/2012 | | 4863493 | 1512.88 |
| 11/15/2012 | C-0000005062 | 10/5/2012 | | 167410 | 317.08 |
| 11/2/2012 | C-0000004879 | 9/5/2012 | | 166888 | 371.17 |
| 10/11/2012 | C-0000004740 | 8/6/2012 | | 315884 | 207.81 |
| 10/11/2012 | C-0000004740 | 8/5/2012 | | 166382 | 56.42 |
| 10/11/2012 | C-0000004740 | 8/3/2012 | | 0795261 | 20930.51 |
| 9/26/2012 | C-0000004621 | 7/30/2012 | | 4855686 | 734.22 |
| 9/26/2012 | C-0000004621 | 7/23/2012 | | 4856616 | 369.47 |
| 9/26/2012 | C-0000004621 | 7/5/2012 | | 165907 | 48.58 |
| 9/26/2012 | C-0000004621 | 6/28/2012 | | 5694923 | 187.2 |
| 9/26/2012 | C-0000004621 | 6/25/2012 | | 8330754 | 2523.18 |
| 8/9/2012 | C-0000004417 | 6/5/2012 | | 165439 | 496.74 |
| 8/9/2012 | C-0000004417 | 6/1/2012 | | 4856613 | 418.24 |
| 8/9/2012 | C-0000004417 | 5/9/2012 | | 8083105 | 632.43 |
| 7/19/2012 | C-0000004276 | 5/5/2012 | | 165012 | 1015.84 |
| 6/29/2012 | C-0000004135 | 4/27/2012 | | 4856612 | 597.89 |
| 6/29/2012 | C-0000004135 | 4/10/2012 | | 0794645 | 2222.86 |
| 6/29/2012 | C-0000004135 | 4/5/2012 | | 164593 | 587.2 |
| 6/5/2012 | C-0000004039 | 3/29/2012 | | 8083709 | 2454.97 |
| 6/5/2012 | C-0000004039 | 3/19/2012 | | 990870 | 23331.6 |
| 6/5/2012 | C-0000004039 | 3/14/2012 | | 4857097 | 95 |
| 6/5/2012 | C-0000004039 | 3/13/2012 | | 5672248 | 1965.76 |
| 6/5/2012 | C-0000004039 | 3/12/2012 | | 8330559 | 608.27 |
| 6/5/2012 | C-0000004039 | 3/8/2012 | | 8330553 | 1839.69 |
| 6/5/2012 | C-0000004039 | 3/5/2012 | | 164186 | 52.52 |
| 5/4/2012 | C-0000003881 | 2/22/2012 | | 5672238 | 1031.3 |
| 5/4/2012 | C-0000003881 | 2/7/2012 | | 0780717 | 18197.8 |
| 5/4/2012 | C-0000003881 | 2/7/2012 | | 0780728 | 18197.8 |
| 4/9/2012 | C-0000003697 | 2/5/2012 | | 163762 | 52.52 |
| 4/9/2012 | C-0000003697 | 1/5/2012 | | 163338 | 26.73 |
| 4/9/2012 | C-0000003697 | 12/20/2011 | | 0805362 | 1719.06 |
| 3/19/2012 | C-0000003540 | 12/5/2011 | | 162876 | 1156.14 |
| 3/19/2012 | C-0000003540 | 11/5/2011 | | 162379 | 1227.68 |
| 3/19/2012 | C-0000003540 | 11/3/2011 | | 0768649 | 1781.79 |
| 1/18/2012 | C-0000003290 | 10/5/2011 | | 161914 | 1432.28 |
| 12/21/2011 | C-0000003130 | 9/5/2011 | | 161380 | 372.44 |
| 12/21/2011 | C-0000003130 | 8/12/2011 | | 4854443 | 2486.66 |
| 12/21/2011 | C-0000003130 | 8/9/2011 | | 4853910 | 8366 |
| 12/21/2011 | C-0000003130 | 8/9/2011 | | 4853911 | 8366 |

| 12/21/2011 | C-0000003130 | 8/9/2011 | 4853912 | 8366 |
|---|---|---|---|---|
| 12/21/2011 | C-0000003130 | 8/9/2011 | 4853913 | 8366 |
| 12/21/2011 | C-0000003130 | 8/8/2011 | 4853904 | 8366 |
| 12/21/2011 | C-0000003130 | 8/8/2011 | 4853905 | 8366 |
| 12/21/2011 | C-0000003130 | 8/8/2011 | 4853906 | 8366 |
| 12/21/2011 | C-0000003130 | 8/8/2011 | 4853907 | 8366 |
| 12/21/2011 | C-0000003130 | 8/8/2011 | 4853908 | 8366 |
| 12/21/2011 | C-0000003130 | 8/3/2011 | 160867 | 90.19 |
| 11/18/2011 | C-0000002973 | 7/26/2011 | 4851526 | 1077.81 |
| 11/18/2011 | C-0000002973 | 7/26/2011 | 4851527 | 5473.06 |
| 11/18/2011 | C-0000002973 | 7/26/2011 | 4853801 | 8366 |
| 11/18/2011 | C-0000002973 | 7/26/2011 | 4853802 | 7616 |
| 11/18/2011 | C-0000002973 | 7/19/2011 | 4854442 | 11526 |
| 10/13/2011 | C-0000002823 | 7/7/2011 | 48515.24 | 8404.5 |
| 9/16/2011 | C-0000002713 | 7/5/2011 | 160369 | 43.85 |
| 10/13/2011 | C-0000002823 | 7/5/2011 | 4851525 | 5235.62 |
| 9/2/2011 | C-0000002608 | 6/23/2011 | 4854361 | 4638.1 |
| 8/10/2011 | C-0000002527 | 6/5/2011 | 159881 | 2162.72 |
| 8/2/2011 | C-0000002478 | 5/24/2011 | 5754526 | 1374.56 |
| 7/8/2011 | C-0000002249 | 5/5/2011 | 159445 | 1393.25 |
| 7/8/2011 | C-0000002249 | 5/2/2011 | 8329220 | 1548.8 |
| 6/24/2011 | C-0000002174 | 4/21/2011 | 8327389 | 803.26 |
| 6/24/2011 | C-0000002174 | 4/19/2011 | 4654733 | 651.69 |
| 6/24/2011 | C-0000002174 | 4/19/2011 | 4850731 | 18573.5 |
| 6/24/2011 | C-0000002174 | 4/7/2011 | 2626232 | 14357.76 |
| 6/24/2011 | C-0000002174 | 4/7/2011 | 2626746 | 14357.76 |
| 6/20/2011 | C-0000002140 | 4/6/2011 | 2626239 | 8567 |
| 6/24/2011 | C-0000002174 | 4/6/2011 | 2626240 | 14357.76 |
| 6/24/2011 | C-0000002174 | 4/6/2011 | 2626637 | 14357.76 |
| 6/24/2011 | C-0000002174 | 4/6/2011 | 2626727 | 14357.76 |
| 6/20/2011 | C-0000002140 | 3/29/2011 | 8545629 | 8996 |
| 6/20/2011 | C-0000002140 | 3/25/2011 | 987696 | 17736 |
| 6/20/2011 | C-0000002140 | 3/24/2011 | 2625761 | 17715.08 |
| 5/6/2011 | C-0000001986 | 3/23/2011 | 2625600 | 14357.76 |
| 5/6/2011 | C-0000001986 | 3/22/2011 | 2625356 | 14357.76 |
| 5/6/2011 | C-0000001986 | 3/21/2011 | 2625118 | 14357.76 |
| 5/6/2011 | C-0000001986 | 3/21/2011 | 2625133 | 14357.76 |
| 0:00:00 | unpaid | 0:00:00 | | 16140.08 |

| Description | Doc | Acct |
|---|---|---|
| AP Settlement for Lynden | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| | | |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| Late Fees on Inv 3230786 | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| | | |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| Interest on Inv 3230786 | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| | | |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| A/P Invoice | | 2001 |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| A/P Invoice | | 2001 |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| A/P Invoice | | 2001 |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| A/P Invoice | | 2001 |
|-------------|--|------|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| | | |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| Ball Mill | | 2001 |
| A/P Invoice | | 2001 |
| Mud Pump | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| Ball Mill Parts | | 2001 |
| Ball Mill Drum | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| a | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| Drill Pipe to Sword | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| A/P Invoice | | 2001 |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |

| | | |
|---|---|---|
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| A/P Invoice | | 2001 |
| Amount mis-booked | | 2001 |
| | | |