**LYNDEN TRANSPORT (LTIA)**
www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

RECEIVED NOV 19 2014

**Terminals**
| ANCHORAGE | VALDEZ | SITKA | HOUSTON |
| FAIRBANKS | JUNEAU | HAINES | DALLAS |
| PRUDHOE | KETCHIKAN | SKAGWAY | EDMONTON |
| BAY | WRANGELL | TACOMA | PORTLAND |
| KENAI | PETERSBURG | LOS ANGELES | |

**PRO-NUMBER: 4871467   AO**

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-06-14 | DAL | | | | | 553482 | 1 | 5 | |

**CONSIGNEE**
SOLAR TURBINES INC
215 E CENTRE PARK BLVD
DESOTO OVERHAUL FIELD SUPPORT
DESOTO, TX  75115-2481

**SHIPPER**
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK  99635

**EXHIBIT D-3**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 4697.21 | | | | | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | OUTBOUND CHARGES | | | 75.00 |
| | | RATED FROM 99611 TO 75115 | | | |
| | | PO AFE 142002 | | | |
| | | REF GWJ34 | | | |
| | | ******ALCAN SERVICE****** | | | |
| 1 | | UNT, 1 UNT - T60 TURBINE GENERATOR ENGINE | 7100 | 3192 | 2266.32 |
| | | 11'7"L 5'3"W 7'1"H | | | |
| 1 | | BX, 1 BX - GEARBOX | 3650 | 3192 | 1165.08 |
| | | 4'6"L 4'6"W 4'6"H | | | |
| | | FUEL SURCHARGE 33.8% | | 33.80 % | 1159.81 |
| | | "BORDER CROSS SECURITY FEE" | | | 31.00 |
| 2 | | TOTAL PREPAID | 10750 | | 4697.21 |
| | | PAGE 1 OF 1    11-10-14    111014 0139 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**
"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**

Please detach and return with your remittance

| PRO-NUMBER | CUSTOMER CODE | AMOUNT |
|---|---|---|
| 4871467 | COOKINL.415 | $4,697.21 |

Customer Comments _____

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK  99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA  98124-1026



| VEND # | INV # | 4871467 | | INV DATE | 11/6/14 |
|---|---|---|---|---|---|
| CHECKED BY<br><br>AN | APPROVED BY (Production)<br>Dave | | DATE<br>11/21/14 | SERV DATE | 11/10/14 |
| | APPROVED BY (Drilling) | | DATE | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 9140 | | 210 | | 142002 | 4,697.21 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 4,697.21 |

Non - Recurring cost included in AFE

Lynden Invoice #
4871467

LTI 4871467

| Date Ordered | 11/4/2014 | AFE | 142002 |
|---|---|---|---|
| | | Cost Code | |
| Requester Name/Phone | Christi Parkinson 907-433-3829 | | |

| Destination Address | Solar facility |
|---|---|
| | Beth Searles 972-228-6465 or Erica Baxter 972-228-5515 |
| | 215 East Centre Park Boulevard DeSoto Texas 75115 |
| NOA (notify on arrival) | Christi Parkinson 907-720-8433 |
| Delivery Date | no later than 11/28/2014 |

| Shipper/Vendor | Cook Inlet Energy - North Yard |
|---|---|
| Address | 51530 Baker Road |
| | Nikiski, AK 99635 |

| Pickup Date | 11/5/2014 |
|---|---|

| Bill To | Cook Inlet Energy AFE 142002 |
|---|---|

| Freight Description | Solar T60 Engine - 139"L x 63"W x 85"H, 7100 lb estimated weight |
|---|---|
| Weight | Gearbox - 54"x54"x54", 3650 lb estimated weight |
| Dimensions | |

| Special Instructions | Needs to be on an Air Ride Trailer |
|---|---|

THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR

Shipper          Christi Parkinson   Carrier
Printed Name                         Printed Name
Signature                            Signature
Date                                 Date