**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

RECEIVED NOV 19 2014

COOK INLET ENERGY

Terminals:
ANCHORAGE, VALDEZ, SITKA, HOUSTON
FAIRBANKS, JUNEAU, HAINES, DALLAS
PRUDHOE BAY, KETCHIKAN, SKAGWAY, EDMONTON
BAY, WRANGELL, TACOMA, PORTLAND
KENAI, PETERSBURG, LOS ANGELES

PRO-NUMBER **3462664** KE

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO-NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-07-14 | KNA | | | | | 448238 | 7 | 4 | |

**CONSIGNEE**
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK  99635

**SHIPPER**
STENCO
1465 WILLER DR
CASPER, WY  82604-1888

**EXHIBIT D-4**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 631.60 | | | | | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | INBOUND CHARGES RATED FROM 98424 TO 99635 REF GYS27 PO AFE141004 STEAMSHIP ROUTING PLT, SUCTION MANIFOLD 5'0"L 1'0"W 1'0"H FUEL SURCHARGE 35% | 710 | 2426 35.00 % | 399.06 172.25 60.29 |
| 1 | | TOTAL COLLECT | 710 | | 631.60 |

VEND #:
INV: 3462664
INV DATE: 11·7·14
CHECKED BY: AN
APPROVED BY:
SERV DATE: 11·11·14
PROJ/LOC/WHSE/FAC/AREA/RENT EQUIP: 1715
AFE/CUST EMP VEH: 010
TRANSACTION AMOUNT: 141004  631.60

PAGE 1 OF 1   11-11-14   111114 0140

Serving All Alaska
"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

---

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 3462664 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $631.60 |
|---|---|---|---|---|---|

Customer Comments _____

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK  99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA  98124-1026



Lynden Invoice #
3462664

LTI 3462664

| Date Ordered | 11/3/2014 | AFE | 141004 |
|---|---|---|---|
| | | Cost Code | |

| Ready | 11/4/2014 |
|---|---|
| Destination Address | CIE North Yard |
| | 51530 Baker's Road |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | John Nicholson 907-299-4306, Rob Kennedy 907-830-7456 |
| | |
| Delivery Date | |
| Need Date On Site | ASAP |
| Shipper/Vendor | Stenco Supply Co. Inc. |
| Address | 1465 Willer Dr. |
| | Casper, Wyoming 82604 |
| | 1-307-235-4631 |
| Pickup Date | Monday, November 3rd |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | Suction Manifold |
|---|---|
| Dimensions | 5'X1'X1' |
| Weight | 500 lbs. |

| Special Instructions | Ground Freight |
|---|---|

THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS

Shipper _____   Carrier _____
Printed Name _____   Printed Name _____
Signature _____   Signature _____
Date _____   Date _____