# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575  (866) 596-3368  FAX (206) 575-9580

**RECEIVED DEC 0 4 2014**
**COOK INLET ENERGY**

**Terminals**
ANCHORAGE, FAIRBANKS, PRUDHOE BAY, KENAI
VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG
SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES
HOUSTON, DALLAS, EDMONTON, PORTLAND

**PRO-NUMBER 3462860  KE**

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-10-14 | KNA | | | | | 128509 | 6 | 4 | |

**CONSIGNEE**
WEATHERFORD US INC
MILE 26.5 KENAI SPUR HWY
NIKISKI, AK  99635

**SHIPPER**
WEATHERFORD US LP
1164 SMEDE HWY
BROUSSARD, LA  70518-8033

**EXHIBIT D-5**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 1292.31 | | | | 11424453RT | KR | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 2 | | RATED FROM 98424 TO 99635<br>PO 11706285<br>BL 11424453RT<br>PLT, BALL VALVES NMFC 51080.7<br>FUEL SURCHARGE 33% | 4605 | 2110<br>33.00 % | 971.66<br>320.65 |

VEND # :
INV # 3462860
INV DATE 11·10·14
CHECKED BY: AN
APPROVED BY: 9/12-15-14
SERV DATE: 12·1·14
CO: 9354
PROP/LOC/WHSE/FAC AREA/RENT EQUIP: Sabre-1
TRANSACTION AMOUNT: 1,292.31

APPROVED BY
CTR LN # 41
DATE

| 2 | TOTAL PREPAID | 4605 | 1292.31 |
|---|---|---|---|
| | PAGE 1 OF 1   12-01-14   120114 0139 | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**
*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 3462860 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $1,292.31 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK  99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA  98124-1026



**Lynden Invoice #**

| 3462179 |
| 3462081 |
| 3462249 |
| 3462860 |

LTI

| Date Ordered | | 10/27/2014 | AFE | Saber - 01 |
| --- | --- | --- | --- | --- |
| | | | Cost Cod | 41 |
| Requester Name/Phone | Evan K. Harness 907-602-0355 | | | |

| Destination Address | Weatherford MILE 26 1/2 Kenai Spur Hwy, Nikiski, AK 99635  (907) 776-8149 |
| --- | --- |
| | Bryce Choate Operations Supervisor - Drilling Tools Weatherford | Mile 26.5 Kenai Spur Rd. | Nikiski | AK | |
| NOA (notify on arrival) | Evan K. Harness 907-602-0355 |
| Delivery Date | ASAP |
| | |
| Shipper/Vendor Address | WEATHERFORD 1164-B SMEDE HWY BROUSSARD, LA 70518  337-606-4350 Mike Deville |
| | Bryce Choate Operations Supervisor - Drilling Tools Weatherford | Mile 26.5 Kenai Spur Rd. | Nikiski | AK | |
| Pickup Date | ASAP |
| Bill To | Cook Inlet Energy Sabre #01 |
| Freight Description Weight Dimensions | 21-1/4" 5M CAMERON SINGLE GATE     35,000#/190" X 60" X 51"<br>2ea Pallets Diverter Valves at 2,500# each 13 5/8 2M Ball Valves |
| Special Instructions | |

THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR

| Shipper | Evan K. Harness | Carrier | |
| --- | --- | --- | --- |
| Printed Name | | Printed Name | |
| Signature | | Signature | |
| Date | | Date | |