# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575  (866) 596-3368  FAX (206) 575-9580

**RECEIVED NOV 19 2014 COOK INLET ENERGY**

**Terminals:**
ANCHORAGE, FAIRBANKS, PRUDHOE BAY, KENAI, VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG, SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES, HOUSTON, DALLAS, EDMONTON, PORTLAND

**PRO-NUMBER** 4874880  AO

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-10-14 | CAL | | | | | 145108 | 5 | 5 | |

**CONSIGNEE**
WARRIOR MANUFACTURING
1515 28 ST NE
CALGARY, AB  T2A3T1

**SHIPPER**
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK  99635

**EXHIBIT D-6**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 418.35 | | | | | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99611 TO T2B2X3 PO AFE 136000 CRT, STC HYDRAULIC PUMP 2'0"L 2'0"W 1'6"H | 250 | | |
| 1 | | BX, STC GASKETS 3'0"L 1'11"W 1'11"H | 250 | | |
| | | MINIMUM | | MIN | 289.50 |
| | | FUEL SURCHARGE 33.8% | | 33.80 % | 97.85 |
| | | "BORDER CROSS SECURITY FEE" | | | 31.00 |

VEND #:
INV # 4874880    INV DATE 11·10·14
SERV DATE 11·12·14
CHECKED BY AN
12-5-14
CO | GL-ACCT CODE | SUB-ACCT CODE | ... | AFE/CUST | TRANSACTION AMOUNT
9140 | 264 | 136000 | 418.35

APPROVED BY
CTR LN # 41  DATE

| 2 | | TOTAL PREPAID | 500 | | 418.35 |

PAGE 1 OF 1   11-12-14   111214 0138

Serving All Alaska
"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

---

**LYNDEN TRANSPORT, INC**  Please detach and return with your remittance

| PRO-NUMBER | 4874880 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $418.35 |

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK  99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA  98124-1026



4874880

| Date Ordered | 11-10-14 | AFE | 136000 |
|---|---|---|---|
| | | Cost Code | |
| Requester Name/Phone | JOSEPH SCHWARTZ  907 252 0180 | | |

| Destination Address | WARRIOR MANUFACTURING SERVICES LTD.<br>1515 28TH STREET NE<br>CALGARY, ALBERTA T2A 3T1     PH# 403-291-1444 |
|---|---|
| NOA (notify on arrival) | |
| Delivery Date | |

| Shipper/Vendor Address | CIE<br>51530 BAKERS RD<br>NIKISKI  AK  99635 |
|---|---|
| Pickup Date | |

| Bill To | CIE<br>601 W 5TH AVE, SUITE 310<br>ANCHORAGE  AK  99501 |
|---|---|

| Freight Description<br>Weight<br>Dimensions | 1 WOOD CRATE W/: HYDRAULIC PUMP<br>24" x 24" x 18"<br>1 CARD BOARD BOX W/: PUMP, GASKETS<br>36" x 23" x 23" |
|---|---|

| Special Instructions | |
|---|---|

THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR

| Shipper | CIE  OSPREY PLATFORM | Carrier | LYNDEN TRANSPORT |
|---|---|---|---|
| Printed Name | JOSEPH SCHWARTZ | Printed Name | Amanda Osterhout - Delay |
| Signature | [signature] | Signature | [signature] |
| Date | 11-10-14 | Date | 11/10/14 |

**PARS**  3 2 5 3 4 8 7 4 8 8 0