# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

**RECEIVED NOV 2 1 2014 COOK INLET ENE**

**Terminals:**
ANCHORAGE, FAIRBANKS, PRUDHOE BAY, KENAI, VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG, SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES, HOUSTON, DALLAS, EDMONTON, PORTLAND

**PRO-NUMBER:** 3241146  WH

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-11-14 | KNA | | | | | 553447 | 1 | 5 | |

**CONSIGNEE:**
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK 99635

**SHIPPER:**
SOLAR TURBINES INC
215 E CENTRE PARK BLVD
DESOTO OVERHAUL FIELD SUPPORT
DESOTO, TX 75115-2481

**EXHIBIT D-7**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 9254.24 | | | | 142002 | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | BL 142002 RATED FROM 75115 TO 99611 PO 142002 **MUST DELIVER BY 11/20/14** | | | |
| 1 | | PCS, TURBINE 11'7"L 5'3"W 7'1"H | 7100 | 6379 | 4529.09 |
| 1 | | PCS, GEARBOX 4'6"L 4'6"W 4'6"H | 3650 | 6379 | 2328.34 |
| | | FUEL SURCHARGE 34.5% | | 34.50 % | 2365.81 |
| | | "BORDER CROSS SECURITY FEE" | | | 31.00 |
| 2 | | TOTAL COLLECT | 10750 | | 9254.24 |

PAGE 1 OF 1   11-20-14   112014 0138

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**

*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 3241146 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $9,254.24 |
|---|---|---|---|---|---|

Customer Comments

**Bill to:**
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

**Remit to:**
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



*Rockwton* (signature)

| VEND # | INV # 3241146 | | INV DATE | 11/11/14 |
|---|---|---|---|---|
| CHECKED BY  AN | APPROVED BY (Production)  Dave | DATE 12/10/14 | SERV DATE | 11/20/14 |
| | APPROVED BY (Drilling) | DATE | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB- ACCT CODE | PROP/LOC/WHSE/FAC | AFE # | AMOUNT |
| 9140 | | 210 | 142002 | 9,254.24 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 9,254.24 |

# Lynden Invoice#
# 3241146

| | |
|---|---|
| LTI 3241146 | |
| Date Ordered | 11/6/2014 |
| Requester Name/Phone | Christi Parkinson 907-433-3829 |

| | |
|---|---|
| AFE | 142002 |
| Cost Code | |

| | |
|---|---|
| Destination Address | Cook Inlet Energy - North Yard<br>51530 Baker Road<br>Nikiski, AK 99635 |
| NOA (notify on arrival) | Christi Parkinson 907-720-8433 |
| Delivery Date | no later than 10/20/2014 |
| Shipper/Vendor Address | Beth Searles 972-228-6465  215 East Centre Park Boulevard DeSoto Texas 75115 |
| Pickup Date | 11/10/2014 |
| Bill To | Cook Inlet Energy AFE 142002 |
| Freight Description<br>Weight<br>Dimensions | Solar T60 Engine - 139"L x 63"W x 85"H, 7100 lb packed weight<br>Gearbox - 54"x54"x54", 3650 lb packed weight<br>Shipping Stand - 96"L x 42"W x 43"H, 1350 lb packed weight |
| Special Instructions | Call Christi Parkinson on arrival 907-720-8433; Air Ride Truck is required |

THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR

| Shipper | | Carrier |
|---|---|---|
| Printed Name | Christi Parki | |
| | Printed Name | |
| Signature | Signature | |
| Date | Date | |