**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575 (866) 596-3368 FAX (206) 575-9580

RECEIVED NOV 19 2014 COOK INLET ENERGY

Terminals:
ANCHORAGE, FAIRBANKS, PRUDHOE BAY, KENAI, VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG, SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES, HOUSTON, DALLAS, EDMONTON, PORTLAND

**PRO-NUMBER 1016973** SM

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO-NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-13-14 | KNA | | | | | 240103 | 16 | 1 | |

**CONSIGNEE**
COOK INLET ENERGY
S 1530 BAKER RD
NIKISKI, AK 99635

**SHIPPER**
ALASKA TENT AND TARP
529 FRONT ST
FAIRBANKS, AK 99701-3435

**EXHIBIT D-8**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 130.09 | | | | 1819175 | Z | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99701 TO 99635<br>BL 1819175<br>PO 141004Y1019101<br>PO 141004Y1018601<br>PLT, VINYL CURTAIN PANELS<br>4'0"L 3'5"W 2'5"H<br>NOTIFY ON ARRIVAL JOHN NICHOLSON<br>907-299-4306/ROB KENNEDY 907-830-7456<br>MINIMUM<br>FUEL SURCHARGE 31.4% | 341 | MIN<br>31.40 % | 99.00<br>31.09 |
| 1 | | TOTAL COLLECT<br>PAGE 1 OF 1      11-17-14      111714 0141 | 341 | | 130.09 |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

Serving All Alaska
"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**

Please detach and return with your remittance

| PRO-NUMBER | 1016973 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $130.09 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | INV # | 1016973 | | INV DATE | 11/13/14 |
|---|---|---|---|---|---|
| CHECKED BY   AN | APPROVED BY (Production) | | DATE | SERV DATE | 11/17/14 |
| | APPROVED BY (Drilling) | | DATE  11-24-14 | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB- ACCT CODE | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 1715 | | 010 | | 141004 | 130.09 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 130.09 |

Lynden Invoice #
1016973

LTI 1016973

| Date Ordered | 11/13/2014 | AFE | 141004 |
|---|---|---|---|
| | | Cost Code | |

| Destination Address | CIE North Yard |
|---|---|
| | 51530 Baker's Road |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | John Nicholson 907-299-4306, Rob Kennedy 907-830-7456 |
| | |
| Delivery Date | |
| Need Date On Site | ASAP |
| Shipper/Vendor | Alaska Tent & Tarp |
| Address | 529 Front Street |
| | Fairbanks, AK 99701 |
| | 907-465-6328 |
| Pickup Date | Monday, November 13th |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | grey vinyl curtain panels |
|---|---|
| Dimensions | 48" Long, 41" Wide, 29" Tall |
| Weight | 341 lb |

| Special Instructions | Ground Freight |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____  Carrier _____
Printed Name _____  Printed Name _____
Signature _____  Signature _____
Date _____  Date _____