# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com

P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3388   FAX (206) 575-9580

Terminals:

| ANCHORAGE | VALDEZ | SITKA | HOUSTON |
| FAIRBANKS | JUNEAU | HAINES | DALLAS |
| PRUDHOE | KETCHIKAN | SKAGWAY | EDMONTON |
| BAY | WRANGELL | TACOMA | PORTLAND |
| KENAI | PETERSBURG | LOS ANGELES | |

**PRO-NUMBER** 5886772    CW

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-14-14 | KNA | | | | | 240103 | 4 | 1 | |

| CONSIGNEE | SHIPPER |
|---|---|
| COOK INLET ENERGY %H&H<br>51530 BAKERS ROAD<br>NIKISKI, AK  99635 | INDUSTRIAL BOILER AND CONTROLS<br>106 E DOWLING RD<br>ANCHORAGE, AK  99518-1383 |

## EXHIBIT D-9

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 94.61 | | | | 1592168 | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99518 TO 99635<br>BL 1592168<br>PO 141004Y1019501<br>BX, FAK PUMP<br>4'2"L 1'4"W 1'3"H<br>MINIMUM<br>FUEL SURCHARGE 31.4% | 186 | MIN<br>31.40 % | 72.00<br>22.61 |

RECEIVED
NOV 1·9 2014
COOK INLET ENERGY

VEND
INV. 5886772    INV DATE 11·14·14
CHECKED BY  AN
APPROVED BY  11~5~14    SERV DATE 11.18.14

| CO | GL-ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT |
|---|---|---|---|---|---|
| | 1715 | | 010 | 141004 | 94.61 |

DESCRIPTION

| 1 | TOTAL COLLECT | 186 | | | 94.61 |

PAGE 1 OF 1    11-18-14    111814 0139

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving  All Alaska**

*"Thank  You  For  Choosing  Lynden"*

FILE COPY

Payable within 15 days or charges may be subject to interest penalty.

---

## LYNDEN TRANSPORT, INC

Please  detach  and  return  with  your  remittance.

| PRO-NUMBER | 5886772 | CUSTOMER  CODE | COOKINL.415 | AMOUNT | $94.61 |
|---|---|---|---|---|---|

Customer   Comments

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK  99501-6301

Remit  to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA  98124-1026



**Lynden Invoice #**

| 5886772 |
|---------|

**LTI 5886772**

| Date Ordered | 11/14/2014 | | AFE | 141004 |
|---|---|---|---|---|
| | | | Cost Code | |

| Destination Address | Northyard |
|---|---|
| | 51530 Bakers Rd, |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | Matt Nath |

| Delivery Date | | |
|---|---|---|
| Need Date On Site | | |
| Shipper/Vendor Address | Industrial Boiler Controls | |
| | 106 E Dowling Ste B | |
| | Anchorage, AK 99509 | |
| Pickup Date | 11/3/2014 | |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | |
|---|---|
| Weight | 186 lbs |
| Dimensions | 50"x16"x15" |

| Special Instructions | |
|---|---|

| THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS |
|---|

| Shipper | | Carrier | |
|---|---|---|---|
| Printed Name | | Printed Name | |
| Signature | | Signature | |
| Date | | Date | |