**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

RECEIVED NOV 21 2014
COOK INLET ENERGY

Terminals:
ANCHORAGE  VALDEZ  SITKA  HOUSTON
FAIRBANKS  JUNEAU  HAINES  DALLAS
PRUDHOE  KETCHIKAN  SKAGWAY  EDMONTON
BAY  WRANGELL  TACOMA  PORTLAND
KENAI  PETERSBURG  LOS ANGELES

PRO-NUMBER **4873817**   AO

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-17-14 | HOU | | | | | 553243 | 3 | 5 | |

| CONSIGNEE | SHIPPER | |
|---|---|---|
| WWT INTERNATIONAL<br>9811 WHITHORN DR<br>HOUSTON, TX 77095-5026 | COOK INLET ENERGY<br>S 1530 BAKER RD<br>NIKISKI, AK 99635 | **EXHIBIT D-10** |

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 2086.70 | | | | | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 4 | | RATED FROM 99611 TO 77001<br>PO WF-3<br>PO AFE 13-6001<br>CRT, FAK TORQUE REDUCERS (MARKED WWT LARGE RED LETTERS)<br>4'1"L 3'3"W 3'3"H | 4000 | 3821 | 1528.40 |
| | | FUEL SURCHARGE 34.5%<br>"BORDER CROSS SECURITY FEE" | | 34.50 % | 527.30<br>31.00 |
| 4 | | TOTAL PREPAID<br>PAGE 1 OF 1     11-19-14     111914 0139 | 4000 | | 2086.70 |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

Serving All Alaska

"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 4873817 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $2,086.70 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | INV # 4873817 | | INV DATE | 11/17/14 |
|---|---|---|---|---|
| CHECKED BY | APPROVED BY (Production) | DATE | SERV DATE | 11/19/14 |
| AN | APPROVED BY (Drilling) 12-5-14 | DATE | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB- ACCT CODE | PROP/LOC/WHSE/FAC | AFE # | AMOUNT |
| 9354 | | 356 | 136001 | 2,086.70 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 2,086.70 |

Lynden # 4873817

| Date Ordered | | 11/17/2014 | AFE | WF-3, 13-6001 |
|---|---|---|---|---|
| | | | Cost Code | |
| Requester Name/Phone | Dustin Henkin 907-690-0109 | | | |

| Destination Address | Western Well Tools International/ Alicia Kerr |
|---|---|
| | 9811 Whithorn Dr. |
| | Houston, TX 77095 |
| NOA (notify on arrival) | Dustin Henkin/Adam Nath 907-690-0109 and Don Jones/Mike Murray 907-229-1053 |
| Delivery Date | |

| Shipper/Vendor | Cook Inlet Energy |
|---|---|
| Address | 51530 Bakers Rd |
| | Nikiski, AK 99635 |
| Pickup Date | 11/17/2014 |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W. 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 4 Crates W Torque Reducers marked "WWT" in big red letters |
|---|---|
| Weight | 4000 |
| Dimensions | 49" X 39" X 39"  (4) |

| Special Instructions | Return over the road, truck to Houston. |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING**

| Shipper | CIE Expediter | Carrier | Lynden Transport |
|---|---|---|---|
| Printed Name | Dustin Henkin | Printed Name | |
| Signature | | Signature | |
| Date | 11/17/2014 | Date | |