# LYNDEN TRANSPORT

www.ltia.lynden.com (LTIA)
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

RECEIVED NOV 2 1 2014
COOK INLET ENERGY

**Terminals:** ANCHORAGE, FAIRBANKS, PRUDHOE BAY, KENAI, VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG, SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES, HOUSTON, DALLAS, EDMONTON, PORTLAND

**PRO-NUMBER** 4874892   AO

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-17-14 | PBY | | | | | 253383 | 24 | 1 | |

**CONSIGNEE**
NABORS ALASKA DRILLING
111 SPINE RD
PRUDHOE BAY, AK 99734

**SHIPPER**
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK 99635

**EXHIBIT D-11**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 1326.33 | | | | 8568713 | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99611 TO 99734<br>BL 8568713<br>PO AFE 136000<br>PLT, FAK STC 2 FLUID ENDS FOR RETURN<br>5'0"L 5'0"W 1'6"H<br>FUEL SURCHARGE 31.4%<br>REWEIGHED AT TERMINAL | 2365 | 4268<br>31.40 % | 1009.38<br>316.95 |

| VEND # | INV # 4874892 | INV DATE 11.17.14 | | |
|---|---|---|---|---|
| CHECKED BY AN | APPROVED BY (signature) | SERV DATE 11.19.14 | | |
| CO | GL ACCT CODE | SUB ACCT CODE | PROP/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT |
| | 9140 | | 264 | 136000 | 1,326.33 |

**APPROVED BY**

| CTR LN # | DATE |
|---|---|
| 41 | |

| DESCRIPTION | | |
|---|---|---|
| 1 | TOTAL PREPAID | 2365 | 1326.33 |

PAGE 1 OF 1    11-19-14    111914 0139

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**

*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

## LYNDEN TRANSPORT, INC

Please detach and return with your remittance

| PRO-NUMBER | 4874892 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $1,326.33 |
|---|---|---|---|---|---|

Customer Comments _____

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



Lynden #4874892

| Date Ordered | 11-17-14 | | AFE | 136000 |
|---|---|---|---|---|
| | | | Cost Code | |
| Requester Name/Phone | JOSEPH SCHWARTZ   907-252-0180 | | | |

| Destination Address | NABORS DRILLING |
|---|---|
| | PRUDHOE BAY AK |
| NOA (notify on arrival) | |
| Delivery Date | |

| Shipper/Vendor Address | CIE |
|---|---|
| | 51530 BAKERS RD |
| | NIKISKI AK 99635 |
| Pickup Date | |

| Bill To | CIE |
|---|---|
| | 601 W. 5TH AVE Ste. 310 |
| | ANCHORAGE AK 99501 |

| Freight Description Weight Dimensions | 1 PALLET w/: 2 FLUID ENDS    * WERE SENT DOWN FROM NABORS FOR POSSIBLE USE ON OSPREY - NOT NEEDED - BEING RETURNED * |
|---|---|
| Special Instructions | |

THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR

| Shipper | CIE | Carrier | LYNDEN TRANSPORT |
|---|---|---|---|
| Printed Name | JOSEPH SCHWARTZ | Printed Name | |
| Signature | [signature] | Signature | |
| Date | 11-17-14 | Date | |