**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575 (866) 596-3368 FAX (206) 575-9580

RECEIVED DEC 01 2014
COOK INLET ENERGY

Terminals:
ANCHORAGE, FAIRBANKS, PRUDHOE BAY, KENAI
VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG
SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES
HOUSTON, DALLAS, EDMONTON, PORTLAND

**PRO-NUMBER 5901096** YL

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-20-14 | KNA | | | | | 540226 | 3 | 1 | |

CONSIGNEE
WEATHERFORD US INC
MILE 26.5 KENAI SPUR HWY
NIKISKI, AK 99635

SHIPPER
WEATHERFORD ALS
12860 OLD SEWARD HWY
ANCHORAGE, AK 99515-3510

**EXHIBIT D-12**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 436.77 | | | | 1854842 | K | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | RATED FROM 99515 TO 99635 | | | |
| | | BL 1854842 | | | |
| | | FOR: C.I.E. OSPREY | | | |
| | | WELL #RU7B | | | |
| | | AFE #146004RU7B | | | |
| | | KEEP MOVING | | | |
| 1 | | PC, FAK 6 1/4" D. COMBO SN #16220051, 15161079 | 2400 | 1385 | 332.40 |
| | | 30'0"L 6"W 6"H | | | |
| | | FUEL SURCHARGE 31.4% | | 31.40 % | 104.37 |
| 1 | | TOTAL COLLECT | 2400 | | 436.77 |
| | | PAGE 1 OF 1   11-24-14   112414 0140 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

Serving All Alaska
"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 5901096 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $436.77 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | INV # 5901096 | | INV DATE | 11/20/14 |
|---|---|---|---|---|
| CHECKED BY AN | APPROVED BY (Production) | DATE | SERV DATE | 11/24/14 |
| | APPROVED BY (Drilling) | DATE | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB- ACCT CODE | PROP/LOC/WHSE/FAC | AFE # | AMOUNT |
| 9140 | | 261 | 146004 | 436.77 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 436.77 |

| APPROVED BY | |
|---|---|
| CTR LN # | DATE |
| 41 | |

Lynden Invoice #
5901096

LTI 5901096

| Date Ordered | 11/20/2014 | AFE | 146004 |
|---|---|---|---|
| | | Cost Code | |

| Destination Address | Northyard |
|---|---|
| | 51530 Bakers Rd, |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | 146004 RU7B |

| Delivery Date | 11/21/2014 |
|---|---|
| Need Date On Site | 11/21/2014 |
| Shipper/Vendor | Weatherford |
| Address | 12860 Old Seward Hwy |
| | Anchorage, AK 99515 |

| Pickup Date | 11/20/2014 |
|---|---|

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 1 pallet |
|---|---|
| Weight | 2400 lbs |
| Dimensions | 30'x6x6 |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____  Carrier _____
Printed Name _____  Printed Name _____
Signature _____  Signature _____
Date _____  Date _____