# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575  (866) 596-3368  FAX (206) 575-9580

**RECEIVED DEC 01 2014**

**COOK INLET ENERGY**

Terminals:
ANCHORAGE  VALDEZ  SITKA  HOUSTON
FAIRBANKS  JUNEAU  HAINES  DALLAS
PRUDHOE  KETCHIKAN  SKAGWAY  EDMONTON
BAY  WRANGELL  TACOMA  PORTLAND
KENAI  PETERSBURG  LOS ANGELES

PRO-NUMBER **5901097**  YL

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-20-14 | KNA | | | | | 540226 | | | |

**EXHIBIT D-13**

| CONSIGNEE | SHIPPER |
|---|---|
| WEATHERFORD US INC<br>MILE 26.5 KENAI SPUR HWY<br>NIKISKI, AK 99635 | WEATHERFORD ALS<br>12860 OLD SEWARD HWY<br>ANCHORAGE, AK 99515-3510 |

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 935.15 | | | | 278678 | K | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | RATED FROM 99515 TO 99635<br>BL 278678<br>FOR: COOK INLET ENERGY - RIG 37<br>WELL #NFU2426<br>AFE #146003<br>KEEP MOVING | | | |
| 1 | | PC, FAK 6-1/4" HDJ SN #17660538<br>32'0"L 6"W 6"H | 2400 | 556 | 133.44 |
| 1 | | PC, FAK 6-1/4" HDJ SN #17660636<br>32'0"L 6"W 6"H | 2400 | 556 | 133.44 |
| 1 | | PC, FAK 7-3/4" HDJ SN #14171136<br>32'0"L 8"W 8"H | 3500 | 556 | 194.60 |
| 1 | | PC, FAK 7-3/4" HDJ SN #15071007, 15171007<br>35'0"L 8"W 8"H | 4500 | 556 | 250.20 |
| | | FUEL SURCHARGE 31.4% | | 31.40 % | 223.47 |
| 4 | | TOTAL COLLECT<br>PAGE 1 OF 1    11-24-14    112414 0140 | 12800 | | 935.15 |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**

*"Thank You For Choosing Lynden"*

FILE COPY

Payable within 15 days or charges may be subject to interest penalty.

---

## LYNDEN TRANSPORT, INC

Please detach and return with your remittance

| PRO-NUMBER | 5901097 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $935.15 |
|---|---|---|---|---|---|

Customer Comments

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | INV # | 5901097 | | INV DATE | 11/20/14 |
|---|---|---|---|---|---|
| CHECKED BY<br><br>AN | APPROVED BY (Production) | | DATE | SERV DATE | 11/24/14 |
| | APPROVED BY (Drilling) | | DATE | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 9140 | | 1207 | | 146003 | 935.15 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 935.15 |

| APPROVED BY | |
|---|---|
| CTR LN # | DATE |
| 41 | |

Lynden Invoice #
5901097

LTI 58901097

| Date Ordered | 11/20/2014 | AFE | 146003 |
|---|---|---|---|
| | | Cost Code | |

| Destination Address | Northyard |
| | 51530 Bakers Rd, |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | Rig 37 NFU 2426 |

| Delivery Date | 11/21/2014 |
| Need Date On Site | 11/21/2014 |
| Shipper/Vendor Address | Weatherford |
| | 12860 Old Seward Hwy |
| | Anchorage, AK 99515 |
| Pickup Date | 11/20/2014 |

| Bill To | Cook Inlet Energy |
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 4 pallet |
| Weight | 12800 lbs |
| Dimensions | 384x6x6, 384x6x6, 384x8x8, 420x8x8 |

| Special Instructions | |

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____  Carrier _____
Printed Name _____  Printed Name _____
Signature _____  Signature _____
Date _____  Date _____