**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575 (866) 596-3368 FAX (206) 575-9580

RECEIVED DEC 01 2014 COOK INLET

**Terminals**

| ANCHORAGE | VALDEZ | SITKA | HOUSTON |
| FAIRBANKS | JUNEAU | HAINES | DALLAS |
| PRUDHOE | KETCHIKAN | SKAGWAY | EDMONTON |
| BAY | WRANGELL | TACOMA | PORTLAND |
| KENAI | PETERSBURG | LOS ANGELES | |

**PRO-NUMBER** 5973836  CW

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO-NUMBER | C/L DATE | UNIT NUMBER | POS | SVC | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 11-20-14 | KNA | | | | | 145805 | 24 | 1 | |

**CONSIGNEE**
BAKER HUGHES
MI 26.5 KENAI SPUR HWY
KENAI, AK 99611

**SHIPPER**
BAKER HUGHES INTEQ
795 E 94TH CT
ANCHORAGE, AK 99515-429

**EXHIBIT D-14**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 363.98 | | | | 1882248 | K | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99515 TO 99611<br>BL 1882248<br>PO 13600<br>PLT, FAK SAID TO CONTAIN THE FOLLOWING:<br>10'0"L 3'4"W 2'6"H<br>7 TOTAL PIECES: 7" CASING SCRAPER (23112008),<br>4 3/4" BOOT BASKET (13118504), 5" DRILL PIPE<br>PUP JOINT (12889483(, 5" DRILL PIPE PUP JOINT<br>(13050150). TOP DRESS MILL (ZAK000208),<br>POLISH MILL (12879549). 6 1/8" JUNK MILL<br>(2312122)<br>AS WEIGHT<br>FUEL SURCHARGE 31.4%<br>REWEIGHED AT TERMINAL | 1895<br><br><br><br>2000 | <br><br><br><br>1385<br>31.40 % | <br><br><br><br>277.00<br>86.98 |
| 1 | | TOTAL COLLECT<br>PAGE 1 OF 1    11-24-14    112414 0140 | 1895 | | 363.98 |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**
*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 5973836 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $363.98 |

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | INV # | 5973836 | | INV DATE | 11/20/14 |
|---|---|---|---|---|---|
| CHECKED BY AN | APPROVED BY (Production) | | DATE | SERV DATE | 11/24/14 |
| | APPROVED BY (Drilling) | | DATE 12-6-74 | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB- ACCT CODE | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 9140 | | 264 | | 136000 | 363.98 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 363.98 |

| APPROVED BY | |
|---|---|
| CTR LN # | DATE |
| 41 | |

**Lynden Invoice #**
| 5973836 |

LTI 5973836

| Date Ordered | 11/20/2014 | | AFE | 136000 |
|---|---|---|---|---|
| | | | Cost Code | |
| | | | | |

| Destination Address | Northyard |
|---|---|
| | 51530 Bakers Rd, |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | |
| | |
| Delivery Date | 11/21/2014 |
| Need Date On Site | 11/21/2014 |
| Shipper/Vendor | Baker Hughes |
| Address | 795 e 94th St |
| | Anchorage, AK 99515 |
| Pickup Date | |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 1 pallet |
|---|---|
| Weight | 1300 lbs |
| Dimensions | 120x40x30 |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____   Carrier _____
Printed Name _____   Printed Name _____
Signature _____   Signature _____
Date _____   Date _____