**RECEIVED**

**DEC 0 4 2014**

**COOK INLET ENERGY**

# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com

P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

| Terminals | | | |
|---|---|---|---|
| ANCHORAGE | VALDEZ | SITKA | HOUSTON |
| FAIRBANKS | JUNEAU | HAINES | DALLAS |
| PRUDHOE | KETCHIKAN | SKAGWAY | EDMONTON |
| BAY | WRANGELL | TACOMA | PORTLAND |
| KENAI | PETERSBURG | LOS ANGELES | |

**PRO-NUMBER   3464482   KE**

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING | LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-21-14 | KNA | 2/2 | | | | | 228356 | 2 | 4 | |

| CONSIGNEE | SHIPPER |
|---|---|
| COOK INLET ENERGY %H&H<br>51530 BAKERS ROAD<br>NIKISKI, AK  99635 | STENCO<br>1465 WILLER DR<br>CASPER, WY  82604-1888 |

**EXHIBIT D-15**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 519.34 | | | | | K | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | INBOUND CHARGES | | | 295.62 |
| | | RATED FROM 98424 TO 99635 | | | |
| | | REF GZK07 | | | |
| | | PO AFE141004 | | | |
| | | ATTN:  JOE 907-252-0180 | | | |
| 1 | | PLT, ROD WASH PUMP | 445 | 3780 | 168.21 |
| | | FUEL SURCHARGE 33% | | 33.00 % | 55.51 |
| | | REWEIGHED AT TERMINAL | | | |
| | | AUTHORITY: | | | |
| | | CORRECTED INBOUND CHARGES; ORIGINAL QUOTED | | | |
| | | AMOUNT WAS BASED ON WEIGHT OF 300#.  SHIPMENT | | | |
| | | WEIGHED 445#.  ADDITIONAL CHARGE:  $78.34 | | | |
| | | corrected on 12-02-14 | | | |
| 1 | | TOTAL COLLECT | 445 | | 519.34 |
| | | PAGE 1 OF 1    11-25-14    120314 0140 | | | |

The above described shipment is handed in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**

*"Thank You For Choosing Lynden"*

FILE COPY

Payable within 15 days or charges may be subject to interest penalty.

---

## LYNDEN TRANSPORT, INC

Please detach and return with your remittance.

| PRO-NUMBER   3464482 | CUSTOMER   CODE   COOKINL.415 | AMOUNT   $519.34 |
|---|---|---|

Customer   Comments

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK  99501-6301

Remit to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA  98124-1026



| VEND # | | INV # | 3464482 | | INV DATE | 11/21/14 |
|---|---|---|---|---|---|---|
| CHECKED BY<br><br>AN | | APPROVED BY (Production) | DATE | | SERV DATE | 12/3/14 |
| | | APPROVED BY (Drilling) | DATE 12-15-14 | | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB-ACCT CODE | | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 1715 | | | 010 | | 141004 | 519.34 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | 519.34 |

**Lynden Invoice #**

| 3464482 |
| --- |

LTI 3464482

| Date Ordered | 11/17/2014 | | AFE | 141004 |
| --- | --- | --- | --- | --- |
| | | | Cost Code | |

| Destination Address | CIE North Yard |
| --- | --- |
| | 51530 Baker's Road |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | |
| | Re-weighed at destination, shipment was called in at 300 pounds actual weight 445, additonal charge of 78.34 |
| Delivery Date | |
| Need Date On Site | ASAP |
| Shipper/Vendor Address | Stenco Supply Co. Inc. |
| | 1465 Willer Dr. |
| | Casper, Wyoming   82604 |
| | 1- 307- 235- 4631 |
| Pickup Date | Tuesday, November 17th |

| Bill To | Cook Inlet Energy |
| --- | --- |
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | Rod Wash Pump |
| --- | --- |
| Dimensions | 4'x4' |
| Weight | 300 lb |

| Special Instructions | Ground Freight |
| --- | --- |

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

| Shipper | _____ | Carrier | _____ |
| --- | --- | --- | --- |
| Printed Name | _____ | Printed Name | _____ |
| Signature | _____ | Signature | _____ |
| Date | _____ | Date | _____ |