

**EXHIBIT D-16**

**RECEIVED DEC 0 1 2014 COOK INLET ENERGY**

LYNDEN TRANSPORT, INC.
41306 STERLING HIGHWAY
SOLDOTNA, AK 99669
907-260-6500

www.ltia.lynden.com

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

# INVOICE

Invoice No. 21899

Invoice Date: 11/24/14
PURCHASE ORDER: 3462179

| REFERENCE | AMOUNT |
|---|---|
| TRAILER DETENTION FOR UNIT 1064 11/15/14 1 DAYS | 34.50 |

| VEND # | INV # 21899 | INV DATE 11·24·14 |
|---|---|---|
| CHECKED BY AN | APPROVED BY 12-6-14 | SERV DATE 11·15·14 |

| CO | GL-ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT |
|---|---|---|---|---|---|
| | 9140 | | 261 | 146004 | 34.50 |

DESCRIPTION

APPROVED BY
CTR LN # 41   DATE

PAGE 1 OF 1   END OF INVOICE 11/24/14   1

Questions? Please call (800) 426-5702
or fax (206) 575-9617

PAY THIS AMOUNT ▶   $34.50

---

PLEASE PAY FROM THIS INVOICE

Please detach and return with your payment

**Lynden Transport, Inc.**

| Customer Code 1*COOKINL.415 | Invoice Number 21899 | Amount $34.50 |
|---|---|---|

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026

  

| 11/9-11/15 | | | | | | | | | 2014W46 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Location | Equipment Number | Pro Number | Bill To | Employee ID | Equipment Spot Date | Freed | Billing Start Date | Billing Stop Date | Total Cost | Days To | Misc Inv# |
| WEATHERFO | 1064 | 3462179 | COOKI | 781 | 11/11/2014 | 3 | 11/15/2014 | 11/15/2014 | $ 34.50 | 1 | 21899 |