**EXHIBIT D-17**



LYNDEN TRANSPORT, INC.
41306 STERLING HIGHWAY
SOLDOTNA, AK 99669
907-260-6500

www.ltia.lynden.com

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

# INVOICE



RECEIVED
DEC 0 1 2014
COOK INLET ENERGY

Invoice No. 21900

Invoice Date: 11/24/14
PURCHASE ORDER: 3462081

| REFERENCE | AMOUNT |
|---|---|
| TRAILER DETENTION FOR UNIT 1082 11/15/14 1 DAY | 34.50 |

| VEND # | | INV # 21900 | | INV DATE 11.24.14 |
|---|---|---|---|---|
| CHECKED BY AN | | APPROVED BY | | SERV DATE 11.15.14 |
| CO | GL-ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT |
| | 9140 | 261 | | 14004 | 34.50 |
| DESCRIPTION | | | | | |

APPROVED BY

CTR LN # 41   DATE

PAGE 1 OF 1   END OF INVOICE 11/24/14   1

Questions? Please call (800) 426-5702
or fax (206) 575-9617

PAY THIS AMOUNT ▶   $34.50

PLEASE PAY FROM THIS INVOICE
Please detach and return with your payment

Lynden Transport, Inc.

| Customer Code 1*COOKINL.415 | Invoice Number 21900 | Amount $34.50 |

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026





| 11/9-11/15 | | | | | | | | | 2014W46 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Location | Equipment Numbe | Pro Number | Bill To | Employee ID | Equipment Spot Date | Free D | Billing Start Date | Billing Stop Date | Total Cost | Days To | Misc Inv# |
| WEATHERFORD NIKISKI | 1082 | 3462081 | COOKINL.415 | 782 | 11/10/2014 | 3 | 11/15/2014 | 11/15/2014 | $ 34.50 | 1 | 21900 |