

**LYNDEN TRANSPORT**
PO BOX 3725
SEATTLE WA 98124-3725

PHONE 800-426-5702  FAX 206-575-9580
www.ltia.lynden.com

Tax I.D. # 91-1169184

1oz - 3189 - 3408
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE AK  99501-6301

RECEIVED
DEC 1 6 2014
COOK INLET ENERGY

## Statement of Account

| | |
|---|---|
| 12/05/14 | Page 1 of 4 |
| Statement Number: | 715822 |
| User Name: | 1COOKINL.415 |

For questions regarding your account please call Accounts Receivable (855) 620-7821.

**EXHIBIT D-18**

You may email your inquiries to LyndenAR@lynden.com

CREDIT TERMS: All charges due and payable 15 days from date of invoice  INTEREST: 1.5% per month on unpaid balance 30 days and older

| Date | Invoice | Description | Amount |
|---|---|---|---|
| 05/22/14 | 4873671 | | 7,924.60 |
| 08/19/14 | 0938473 | | 2,726.20 |
| 08/20/14 | 6007120 * | | 1,395.80 |
| 08/20/14 | 6007119 | | 1,395.80 |
| 08/20/14 | 5938545 | | 625.89 |
| 08/20/14 | 5901502 | | 469.42 |
| 08/22/14 | 3451024 | | 6,920.27 |
| 08/25/14 | 0930826 | | 1,974.02 |
| 08/25/14 | 5900457 | | 1,783.45 |
| 08/27/14 | 5901710 | | 1,783.45 |
| 08/29/14 | 3504275 | | 450.28 |
| 09/03/14 | 5901475 | | 372.84 |
| 09/03/14 | 8568713 | | 788.51 |
| 09/03/14 | 3452792 | | 1,977.12 |
| 09/04/14 | 3504416 * | | 748.38 |
| 09/05/14 | 3504426 | | 134.41 |
| 09/05/14 | 177430 | INTEREST | 1,125.87 |
| 09/09/14 | 8569773 | | 699.62 |
| 09/15/14 | 0930094 * | | 326.25 |
| 09/16/14 | 5901517 | | 318.09 |
| 09/17/14 | 5901518 | | 96.91 |
| 09/19/14 | 0934860 | | 1,416.26 |

| Current | 31-60 Days | 61-90 Days | Over 90 Days | Total Due |
|---|---|---|---|---|
| 76,728.19 | 212,479.67 | 62,788.51 | 32,596.31 | 384,592.68 |

---

Statement Number: 715822
User Name: 1COOKINL.415
Page 1 of 4

Please return stub with payment.

| Amount Due | Amount Paid |
|---|---|
| 384,592.68 | |

| INVOICE# | AMOUNT | INVOICE # | AMOUNT |
|---|---|---|---|
| ☐ 4873671 * | 7,924.60 | ☐ 8568713 | 788.51 |
| ☐ 0938473 | 2,726.20 | ☐ 3452792 | 1,977.12 |
| ☐ 6007120 * | 1,395.80 | ☐ 3504416 * | 748.38 |
| ☐ 6007119 | 1,395.80 | ☐ 3504426 | 134.41 |
| ☐ 5938545 | 625.89 | ☐ 177430 | 1,125.87 |
| ☐ 5901502 | 469.42 | ☐ 8569773 | 699.62 |
| ☐ 3451024 | 6,920.27 | ☐ 0930094 * | 326.25 |
| ☐ 0930826 | 1,974.02 | ☐ 5901517 | 318.09 |
| ☐ 5900457 | 1,783.45 | ☐ 5901518 | 96.91 |
| ☐ 5901710 | 1,783.45 | ☐ 0934860 | 1,416.26 |
| ☐ 3504275 | 450.28 | ☐ 8092703 | 1,717.86 |
| ☐ 5901475 | 372.84 | ☐ 5948491 | 340.81 |

1oz - 3189 - 3408   **PLEASE REMIT TO:**   LYNDEN TRANSPORT, P.O. BOX 34026, SEATTLE, WA 98124-1026



# Statement of Account

LYNDEN TRANSPORT
PO BOX 3725
SEATTLE WA 98124-3725

PHONE 800-426-5702 FAX 206-575-9580
www.ltia.lynden.com

1oz - 3189 - 3409

**COOK INLET ENERGY LLC**

12/05/14 — Page 2 of 4
Statement Number: 715822
User Name: 1COOKINL.415
For questions regarding your account please call Accounts Receivable (855) 620-7821.

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 09/19/14 | 8092703 | | 1,717.86 |
| 09/19/14 | 5948491 | | 340.81 |
| 09/22/14 | 4871494 | | 692.32 |
| 09/22/14 | 8551478 | | 424.43 |
| 09/23/14 | 5950131 | | 1,349.24 |
| 09/25/14 | 0898491 | | 1,403.05 |
| 09/29/14 | 5953013 | | 137.26 |
| 09/30/14 | 8336758 | | 19,535.37 |
| 10/01/14 | 8336762 | | 18,828.69 |
| 10/02/14 | 1000192 | | 620.81 |
| 10/02/14 | 0939386 | | 10,708.51 |
| 10/03/14 | 5960496 | | 95.98 |
| 10/03/14 | 8336767 | | 3,271.48 |
| 10/05/14 | 177914 | INTEREST | 805.57 |
| 10/08/14 | 4874658 | | 1,610.05 |
| 10/08/14 | 1007232 | | 460.90 |
| 10/09/14 | 8559549 | | 1,486.29 |
| 10/10/14 | 4858994 | | 1,064.20 |
| 10/10/14 | 0934387 | | 1,875.24 |
| 10/10/14 | 8335369 * | | 12,523.05 |
| 10/10/14 | 0939090 | | 6,852.88 |
| 10/10/14 | 5954011 | | 95.98 |
| 10/13/14 | 0930373 | | 662.03 |
| 10/14/14 | 5914045 * | | 2,354.10 |
| 10/14/14 | 5766509 | | 519.52 |
| 10/14/14 | 4858997 | | 200.38 |
| 10/14/14 | 1008792 | | 131.37 |
| 10/14/14 | 5914046 | | 2,354.10 |
| 10/14/14 | 5887590 | | 95.54 |
| 10/15/14 | 5917519 | | 95.54 |
| 10/15/14 | 1019345 | | 2,354.10 |
| 10/15/14 | 5914460 | | 3,061.39 |

---

Statement Number: 715822
User Name: 1COOKINL.415
Page 2 of 4

Please return stub with payment.

Amount Due: 384,592.68     Amount Paid:

| INVOICE# | AMOUNT | INVOICE# | AMOUNT | INVOICE# | AMOUNT |
|---|---|---|---|---|---|
| ☐ 4871494 | 692.32 | ☐ 4874658 | 1,610.05 | ☐ 1008792 | 131.37 |
| ☐ 8551478 | 424.43 | ☐ 1007232 | 460.90 | ☐ 5914046 | 2,354.10 |
| ☐ 5950131 | 1,349.24 | ☐ 8559549 | 1,486.29 | ☐ 5887590 | 95.54 |
| ☐ 0898491 | 1,403.05 | ☐ 4858994 | 1,064.20 | ☐ 5917519 | 95.54 |
| ☐ 5953013 | 137.26 | ☐ 0934387 | 1,875.24 | ☐ 1019345 | 2,354.10 |
| ☐ 8336758 | 19,535.37 | ☐ 8335369 * | 12,523.05 | ☐ 5914460 | 3,061.39 |
| ☐ 8336762 | 18,828.69 | ☐ 0939090 | 6,852.88 | ☐ 0934031 | 758.35 |
| ☐ 1000192 | 620.81 | ☐ 5954011 | 95.98 | ☐ 4874568 | 268.80 |
| ☐ 0939386 * | 10,708.51 | ☐ 0930373 | 662.03 | ☐ 8335378 | 21,122.20 |
| ☐ 5960496 | 95.98 | ☐ 5914045 * | 2,354.10 | ☐ 8577468 | 1,478.76 |
| ☐ 8336767 | 3,271.48 | ☐ 5766509 | 519.52 | ☐ 5896710 | 95.54 |
| ☐ 177914 | 805.57 | ☐ 4858997 | 200.38 | ☐ 8551479 | 796.13 |

**PLEASE REMIT TO:** LYNDEN TRANSPORT, P.O. BOX 34026, SEATTLE, WA 98124-1026

1oz - 3189 - 3409



**LYNDEN TRANSPORT**
PO BOX 3725
SEATTLE WA 98124-3725

PHONE 800-426-5702 FAX 206-575-9580
www.ltia.lynden.com

1oz - 3189 - 3410
**COOK INLET ENERGY LLC**

## Statement of Account

12/05/14  Page 3 of 4
Statement Number: 715822
User Name: 1COOKINL.415
For questions regarding your account please call Accounts Receivable (855) 620-7821.

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 10/16/14 | 0934031 | | 758.35 |
| 10/16/14 | 4874568 | | 268.80 |
| 10/16/14 | 8333378 | | 21,122.20 |
| 10/16/14 | 8577468 | | 1,478.76 |
| 10/16/14 | 5896710 | | 95.54 |
| 10/17/14 | 8551479 | | 796.13 |
| 10/17/14 | 5978534 | | 232.07 |
| 10/17/14 | 0939137 | | 614.73 |
| 10/17/14 | 0938223 | | 13,196.40 |
| 10/17/14 | 8560654 | | 1,797.27 |
| 10/20/14 | 5874797 | | 95.04 |
| 10/21/14 | 4874736 | | 1,276.55 |
| 10/21/14 | 4874734 | | 237.30 |
| 10/21/14 | 4874735 | | 1,133.79 |
| 10/22/14 | 5116263 | | 95.04 |
| 10/22/14 | 0930355 | | 501.23 |
| 10/24/14 | 0999404 * | | 13,413.86 |
| 10/24/14 | 4873810 | | 9,482.25 |
| 10/28/14 | 1000223 | | 767.29 |
| 10/28/14 | 1004741 | | 130.09 |
| 10/29/14 | 0938869 | | 19,508.98 |
| 10/29/14 | 0938870 | | 19,508.98 |
| 10/31/14 | 8341242 | | 19,508.98 |
| 10/31/14 | 8341243 | | 19,508.98 |
| 11/04/14 | 3462081 | 9435195 | 15,651.95 |
| 11/04/14 | 3462179 | 9435193 | 13,502.45 |
| 11/05/14 | 3462249 | | 14,254.29 |
| 11/05/14 | 3462253 * | | 17,641.80 |
| 11/05/14 | 3462284 * | | 18,003.95 |
| 11/05/14 | 178401 | INTEREST | 680.15 |
| 11/06/14 | 4871467 | | 4,697.21 |
| 11/07/14 | 3462664 | | 631.60 |

Statement Number: 715822
User Name: 1COOKINL.415
Page 3 of 4

Please return stub with payment.

Amount Due: 384,592.68  Amount Paid:

| INVOICE# | AMOUNT | INVOICE# | AMOUNT | INVOICE# | AMOUNT |
|---|---|---|---|---|---|
| ☐ 5978534 | 232.07 | ☐ 1000223 | 767.29 | ☐ 4871467 | 4,697.21 |
| ☐ 0939137 | 614.73 | ☐ 1004741 | 130.09 | ☐ 3462664 | 631.60 |
| ☐ 0938223 | 13,196.40 | ☐ 0938869 | 19,508.98 | ☐ 3462860 | 1,292.31 |
| ☐ 8560654 | 1,797.27 | ☐ 0938870 | 19,508.98 | ☐ 4874880 | 418.35 |
| ☐ 5874797 | 95.04 | ☐ 8341242 | 19,508.98 | ☐ 3241146 | 9,254.24 |
| ☐ 4874736 | 1,276.55 | ☐ 8341243 | 19,508.98 | ☐ 1016973 | 130.09 |
| ☐ 4874734 | 237.30 | ☐ 3462081 | 15,651.95 | ☐ 5886772 | 94.61 |
| ☐ 4874735 | 1,133.79 | ☐ 3462179 | 13,502.45 | ☐ 4874892 | 1,326.33 |
| ☐ 5116263 | 95.04 | ☐ 3462249 | 14,254.29 | ☐ 4873817 | 2,086.70 |
| ☐ 0930355 | 501.23 | ☐ 3462253 * | 17,641.80 | ☐ 5901096 | 436.77 |
| ☐ 0999404 * | 13,413.86 | ☐ 3462284 * | 18,003.95 | ☐ 5901097 | 935.15 |
| ☐ 4873810 | 9,482.25 | ☐ 178401 | 680.15 | ☐ 5973836 | 363.98 |

**PLEASE REMIT TO:**  LYNDEN TRANSPORT, P.O. BOX 34026, SEATTLE, WA 98124-1026

1oz - 3189 - 3410

# Statement of Account

**LYNDEN TRANSPORT**
PO BOX 3725
SEATTLE WA 98124-3725

PHONE 800-426-5702  FAX 206-575-9580
www.ltia.lynden.com

1oz - 3189 - 3411
**COOK INLET ENERGY LLC**

| | | 12/05/14 | Page 4 of 4 |
|---|---|---|---|
| | | Statement Number: | 715822 |
| | | User Name: | 1COOKINL.415 |

For questions regarding your account please call Accounts Receivable (855) 620-7821.

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 11/10/14 | 3462860 | | 1,292.31 |
| 11/10/14 | 4874880 | | 418.35 |
| 11/11/14 | 3241146 | | 9,254.24 |
| 11/13/14 | 1016973 | | 130.09 |
| 11/14/14 | 5886772 | | 94.61 |
| 11/17/14 | 4874892 | | 1,326.33 |
| 11/17/14 | 4873817 | | 2,086.70 |
| 11/20/14 | 5901096 | | 436.77 |
| 11/20/14 | 5901097 | | 935.15 |
| 11/20/14 | 5973836 | | 363.98 |
| 11/21/14 | 3464482 * | | 519.34 |
| 11/24/14 | 21900 | | 34.50 |
| 11/24/14 | 21899 | | 34.50 |
| 12/05/14 | 178859 | INTEREST | 3,892.32 |

Stamp:
INV # 178859
INV DATE 12.5.14
SERV DATE 11.30.14
VEND #
CHECKED BY AN
APPROVED BY 12/29/14
TRANSACTION AMOUNT 3,892.32
GL-ACCT CODE 8510

---

Statement Number: 715822
User Name: 1COOKINL.415
Page 4 of 4

Please return stub with payment.

Amount Due: 384,592.68   Amount Paid:

| INVOICE# | AMOUNT | INVOICE# | AMOUNT | INVOICE# | AMOUNT |
|---|---|---|---|---|---|
| ☐ 3464482 * | 519.34 | | | | |
| ☐ 21900 | 34.50 | | | | |
| ☐ 21899 | 34.50 | | | | |
| ☐ 178859 | 3,892.32 | | | | |

**PLEASE REMIT TO:**   LYNDEN TRANSPORT, P.O. BOX 34026, SEATTLE, WA 98124-1026

1oz - 3189 - 3411