**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

RECEIVED JAN 0 9 2015
COOK INLET ENERGY

Terminals
ANCHORAGE  VALDEZ  SITKA  HOUSTON
FAIRBANKS  JUNEAU  HAINES  DALLAS
PRUDHOE  KETCHIKAN  SKAGWAY  EDMONTON
BAY  WRANGELL  TACOMA  PORTLAND
KENAI  PETERSBURG  LOS ANGELES

PRO-NUMBER **8576746**   LK

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO-NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 12-18-14 | KNA | | | | | 140012 | 2 | 5 | |

| CONSIGNEE | SHIPPER |
|---|---|
| COOK INLET ENERGY %H&H<br>51530 BAKERS ROAD<br>NIKISKI, AK 99635 | HAZLOC HEATERS INC<br>#1 666 GODDARD AVE NE<br>CALGARY, AB T2K5X3 |

**EXHIBIT D-19**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 1404.47 | | | | | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 4 | | RATED FROM T2B2X3 TO 99611<br>CRT, HEATERS<br>FUEL SURCHARGE 30.9%<br>"BORDER CROSS SECURITY FEE" | 1328 | 7901<br>30.90 % | 1049.25<br>324.22<br>31.00 |

| VEND # | | INV # 8576746  12-18-14 | | |
|---|---|---|---|---|
| CHECKED BY AN | | APPROVED BY 1-20-1   12-29-14 | | |
| GL ACCT CODE | S/L ACCT CODE | PROP/LOC/WHSE/FAC AREA/RENT EQUIP | | |
| 1715 | 010 | 141004 | 1,404.47 | |

DESCRIPTION

| 4 | TOTAL COLLECT | | 1328 | | 1404.47 |
|---|---|---|---|---|---|
| | PAGE 1 OF 1   12-29-14   122914 0140 | | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

Serving All Alaska

"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 8576746 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $1,404.47 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



Lynden Invoice #
8576746

| LTI 8576746 | | | |
|---|---|---|---|
| Date Ordered | 11/19/2014 | AFE | 141004 |
| Ready time 1-2 weeks | Actual ready time 12-18-2014 | Cost Code | |
| | | | |

HazLoc Po 158755-34577

| Destination Address | Northyard |
|---|---|
| | 51530 Bakers Rd, |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | Matt Nath 141004-Y-1020101 |
| | |
| Delivery Date | |
| Need Date On Site | |
| Shipper/Vendor | Engineered Equipment (HazLoc Heaters)   Blain Rothery  POC |
| Address | #1, 666 Goddard Ave. NE |
| | Calgary, Alberta, T2K 5X3 Canada |
| | 907-345-3474 Chad    1 403-730-2488 |
| Pickup Date | |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 4-Unit Heates |
|---|---|
| Weight | 350 lbs Each |
| Dimensions | 43"x41"x34"  each |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____   Carrier _____
Printed Name _____   Printed Name _____
Signature _____   Signature _____
Date _____   Date _____