**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575 (866) 596-3368 FAX (206) 575-9580

RECEIVED JAN 3 0 2015
COOK INLET ENERGY

Terminals:
ANCHORAGE VALDEZ SITKA HOUSTON
FAIRBANKS JUNEAU HAINES DALLAS
PRUDHOE KETCHIKAN SKAGWAY EDMONTON
BAY WRANGELL TACOMA PORTLAND
KENAI PETERSBURG LOS ANGELES

PRO-NUMBER 4875981 AO

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 12-22-14 | HOU | | | | | 553267 | 5 | 5 | |

CONSIGNEE
SOLAR TURBINES INC
215 E CENTRE PARK BLVD
DESOTO OVERHAUL FIELD SUPPORT
DESOTO, TX 75115-2481

SHIPPER
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK 99635

**EXHIBIT D-20**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 4974.99 | | | | | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | RATED FROM 99611 TO 75201 | | | |
| | | PO 142002 | | | |
| 1 | | UNT, SOLAR T60 ENGINE | 7660 | 3192 | 2445.07 |
| | | 11'7"L 5'3"W 7'1"H | | | |
| 1 | | UNT, GEARBOX | 3480 | 3192 | 1110.82 |
| | | 4'6"L 4'6"W 4'6"H | | | |
| | | ***MUST BE ON AIR RIDE TRAILER***MUST BE | | | |
| | | TARPED/COVERED*** | | | |
| | | ***RDD 01/16/15*** | | | |
| | | FUEL SURCHARGE 28.8% | | 28.80 % | 1024.10 |
| | | "BORDER CROSS SECURITY FEE" | | | 31.00 |
| | | TARPING CHG | | | 364.00 |

| VEND # | | INV # 4875981 | | INV DATE 1/28/15 | |
|---|---|---|---|---|---|
| CHECKED BY | | APPROVED BY BT David | | SERV DATE 12/22/14 | |
| CO | GL-ACCT CODE | SUB-ACCT CODE | PROP/LOCA/WHSE/EAC AREA/RENT EQUIP | AFE/CUST EMP.VEH | TRANSACTION AMOUNT |
| | 9354 | | 210 | 14200 | 4974.99 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| DESCRIPTION | | | | | |

| 2 | | TOTAL PREPAID | 11140 | | 4974.99 |
|---|---|---|---|---|---|
| | | PAGE 1 OF 1 01-28-15 012815 0139 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**
"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**

Please detach and return with your remittance

| PRO-NUMBER | 4875981 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $4,974.99 |
|---|---|---|---|---|---|

Customer Comments _____

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



Lynden Invoices #
**4875981**

LTI 4875981

| Date Ordered | | 12/18/2014 | AFE | 142002 |
|---|---|---|---|---|
| | | | Cost Code | |
| Requester Name/Phone | Christi Parkinson 907-433-3829 | | | |

| Destination Address | Solar facility |
|---|---|
| | Beth Searles 972-228-6465 or Erica Baxter 972-228-5515 |
| | 215 East Centre Park Boulevard DeSoto Texas 75115 |
| NOA (notify on arrival) | Christi Parkinson 907-720-8433 |
| Delivery Date | no later than 1/16/2015 |

| Shipper/Vendor Address | Cook Inlet Energy - North Yard |
|---|---|
| | 51530 Baker Road |
| | Nikiski, AK 99635 |

| Pickup Date | 12/22/2014 |
|---|---|

| Bill To | Cook Inlet Energy AFE 142002 |
|---|---|

| Freight Description Weight Dimensions | Solar T60 Engine - 139"L x 63"W x 85"H, 7100 lb estimated weight |
|---|---|
| | Gearbox - 54"x54"x54", 3650 lb estimated weight |

| Special Instructions | |
|---|---|

THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR

| Shipper | Christi Parkinson | Carrier | |
|---|---|---|---|
| Printed Name | | Printed Name | |
| Signature | | Signature | |
| Date | | Date | |