**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575 (866) 596-3368 FAX (206) 575-9580

Terminals:
ANCHORAGE VALDEZ SITKA HOUSTON
FAIRBANKS JUNEAU HAINES DALLAS
PRUDHOE KETCHIKAN SKAGWAY EDMONTON
BAY WRANGELL TACOMA PORTLAND
KENAI PETERSBURG LOS ANGELES

**PRO-NUMBER 0871327** KE

EXHIBIT D-21

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 12-23-14 | KNA | | | | | 140026 | 26 | 4 | |

**CONSIGNEE**
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK 99635

**SHIPPER**
NATIONAL OILWELL VARCO
11300 WINDFERN RD
HOUSTON, TX 77064-4812

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 3627.43 | | | | REF 140708 | K | |

RECEIVED JAN 09 2015 COOK INLET ENERGY

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | INBOUND CHARGES | | | 2924.92 |
| | | RATED FROM 98424 TO 99635 | | | |
| | | BL REF 140708 | | | |
| | | BL 2355376 | | | |
| | | PO AFE141004 | | | |
| | | REF HAS66 | | | |
| | | ATTN: JOE SCHWARTZ 907-252-0180 | | | |
| 1 | | PLT, MISSION MAGNUM PACKAGE PUMP/STARTER | 2420 | 2216 | 536.27 |
| | | 5'1"L 3'5"W 5'1"H | | | |
| | | FUEL SURCHARGE 31% | | 31.00 % | 166.24 |

| VEND # | INV # 0871327 | INV DATE 12-23-14 |
|---|---|---|
| CHECKED BY AN | APPROVED BY 1-20-15 | SERV DATE 12-30-14 |

| CO | GL ACCT | SUB ACCT CODE | SHOP/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT |
|---|---|---|---|---|---|
| | 1715 | | 010 | 141004 | 3627.43 |

DESCRIPTION

| 1 | | TOTAL COLLECT | 2420 | | 3627.43 |
|---|---|---|---|---|---|
| | | PAGE 1 OF 1  12-30-14  123014 0137 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

Serving All Alaska
"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

*LYNDEN TRANSPORT, INC*   Please detach and return with your remittance

| PRO-NUMBER | 0871327 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $3,627.43 |
|---|---|---|---|---|---|

Customer Comments _____

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



Lynden Invoice #
0871327

LTI 0871327

| Date Ordered | 12/12/2014 | AFE | 141004 |
|---|---|---|---|
| | | Cost Code | |
| | | NOV 140708 | |
| Destination Address | CIE North Yard | | |
| | 51530 Baker's Road | | |
| | Nikiski, AK 99635 | | |
| NOA (notify on arrival) | Evan Harness 907-602-0355, Mike Williams 907-230-5229 | | |
| | | | |
| Delivery Date | | | |
| Need Date On Site | | | |
| Shipper/Vendor | Edgar Sanshex   NOV | | |
| Address | 11300 Windfern Rd.   (close at 16:00) | | |
| | Houston TX. 77064 | | |
| | Phone: 281-517-3105 Fax: 281-517-0340 (POC) Shipping Michael Shear  281-517-3106 | | |
| Pickup Date | December 12th, 2014 | | |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | Mission Magnum Package Pump / Starter |
|---|---|
| | Service order 2355376 |
| Dimensions | Call 61x41x61 |
| Weight | Call 2420 |

| Special Instructions | Ground Freight |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____  Carrier _____
Printed Name _____  Printed Name _____
Signature _____  Signature _____
Date _____  Date _____