# LYNDEN TRANSPORT

(LTIA)

www.ltia.lynden.com

P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575    (866) 596-3368    FAX (2 06) 575-9580

**Terminals**

| | | | |
|---|---|---|---|
| ANCHORAGE | VALDEZ | SITKA | HOUSTON |
| FAIRBANKS | JUNEAU | HAINES | DALLAS |
| PRUDHOE | KETCHIKAN | SKAGWAY | EDMONTON |
| BAY | WRANGELL | TACOMA | PORTLAND |
| KENAI | PETERSBURG | LOS ANGELES | |

**PRO-NUMBER** 4875517    AO

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 12-19-14 | ANC | | | | | 140014 | 9 | 1 | |

**CONSIGNEE**
SOLAR TURBINES INC
536 E 48TH AVE
ANCHORAGE, AK 99503-7315

**SHIPPER**
COOK INLET ENERGY
S 1530 BAKER RD
NIKISKI, AK 99635

**EXHIBIT D-22**

| REVENUE 371.06 | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99611 TO 99501<br>PO 142002<br>PC, LIFTING TOOL<br>6'0"L 4'0"W 3'0"H | 1100 | | |
| 1 | | PLT, PELICAN CASES<br>2'0"L 2'0"W 2'0"H | 220 | | |
| 3 | | CRT, OWDT<br>3'0"L 3'0"W 2'0"H | 660 | | |
| | | AS WEIGHT | 2000 | 1454 | 290.80 |
| | | FUEL SURCHARGE 27.6%<br>REWEIGHED AT TERMINAL | | 27.60 % | 80.26 |

RECEIVED JAN 0 9 2015 COOK INLET ENERGY

VEND #
INV # 4875517    INV DATE 12/23/14
CHECKED BY  BI
APPROVED BY  David 1/22/15    SERV DATE 12/19/14

| CO | GL-ACCT CODE | SUB-ACCT CODE | PROP/LOCAT/HSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT |
|---|---|---|---|---|---|
| | 9354 | | 210 | 142002 | 371.06 |
| | | | | | |
| | | | | | |
| | | | | | |

| 5 | DESCRIPTION<br>TOTAL PREPAID | 1980 | 371.06 |
|---|---|---|---|

PAGE 1 OF 1    12-23-14    122314 0140

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

## Serving All Alaska
*"Thank You For Choosing Lynden"*

FILE COPY

Payable within 15 days or charges may be subject to interest penalty.

---

*LYNDEN TRANSPORT, INC*

Please detach and return with your remittance

| PRO-NUMBER 4875517 | CUSTOMER CODE COOKINL.415 | AMOUNT $371.06 |
|---|---|---|

Customer Comments _____

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



# INVOICE #
# 4875517

LTI 4875517

| Date Ordered | 12/18/2014 | AFE | 142002 |
|---|---|---|---|
| | | Cost Code | |

| Requester Name/Phone | Christi Parkinson 907-433-3829 |
|---|---|

| Destination Address | Solar - Anchorage<br>536 East 48th Avenue<br>Anchorage, AK 99503 | |
|---|---|---|
| NOA (notify on arrival) | Dave Torrence 907-562-2440 | |
| Delivery Date | no later than 12/23/2014 | |

| Shipper/Vendor Address | Cook Inlet Energy - North Yard<br>51530 Baker Road<br>Nikiski, AK 99635<br>Christi Parkinson 907-720-8433 |
|---|---|

| Pickup Date | 12/19/2014 |
|---|---|

| Bill To | Cook Inlet Energy AFE 142002 |
|---|---|

| Freight Description<br>Weight<br>Dimensions | Solar Tools (lifting tools, hi torque, etc) - Approximately 10 pelican cases (the largest is 120 lbs<br>1 pallet sized lifting tool (225 lb 48"x48"x36") |
|---|---|

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR**

| Shipper | Christi Parki | Carrier | |
|---|---|---|---|
| Printed Name | | Printed Name | |
| Signature | | Signature | |
| Date | | Date | |