# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575  (866) 596-3368  FAX (206) 575-9580

**Terminals**
ANCHORAGE VALDEZ SITKA HOUSTON
FAIRBANKS JUNEAU HAINES DALLAS
PRUDHOE KETCHIKAN SKAGWAY EDMONTON
BAY WRANGELL TACOMA PORTLAND
KENAI PETERSBURG LOS ANGELES

**PRO-NUMBER** 3468896  SZ

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 12-30-14 | KNA | | | | | 253352 | 35 | 4 | |

**CONSIGNEE**
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK 99635

**SHIPPER**
STENCO
1465 WILLER DR
CASPER, WY 82604-1888

**EXHIBIT D-23**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 697.94 | | | | Y1520201 | K | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | INBOUND CHARGES | | | 367.09 |
| | | RATED FROM 98424 TO 99635 | | | |
| | | BL Y1520201 | | | |
| | | REF HAV59 | | | |
| | | PO 141004 | | | |
| | | PO AFE | | | |
| | | STEAMSHIP ROUTING | | | |
| 1 | | PLT, STC 2 SUCTION PUMPS WITH SCREENS | 700 | 3608 | 252.56 |
| | | 128000.0 | | | |
| | | AFE 141004 | | | |
| | | PO# Y1520201 | | | |
| | | FUEL SURCHARGE 31% | | 31.00 % | 78.29 |
| 1 | | TOTAL COLLECT | 700 | | 697.94 |
| | | PAGE 1 OF 1  01-05-15  010515 0139 | | | |

RECEIVED JAN 09 2015 COOK INLET ENERGY

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**

*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

## LYNDEN TRANSPORT, INC

Please detach and return with your remittance

| PRO-NUMBER | 3468896 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $697.94 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | INV # 3468896 | | INV DATE | 12/30/14 |
|---|---|---|---|---|
| CHECKED BY AN | APPROVED BY (Production) | DATE | SERV DATE | 1/5/15 |
| | APPROVED BY (Drilling) | DATE 1-15-15 | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB- ACCT CODE | PROP/LOC/WHSE/FAC | AFE # | AMOUNT |
| 1715 | | 010 | 141004 | 697.94 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 697.94 |

**Lynden Invoice #**
3468896

**LTI 3468896**

| Date Ordered | 12/22/2014 | AFE | 141004 |
|---|---|---|---|
| | | Cost Code | |

| Destination Address | Northyard |
|---|---|
| | 51530 Bakers Rd, |
| | Nikiski, AK 99635 |
| NOA (notify on arrival) | 141004-Rig 36 |
| | |
| Delivery Date | |
| Need Date On Site | |
| Shipper/Vendor | Stenco |
| Address | 1465 Willer Drive |
| | Casper, WY 82601 |
| Pickup Date | 12/22/2014 |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 1 pallet |
|---|---|
| Weight | 500 lbs |
| Dimensions | |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____  Carrier _____
Printed Name _____  Printed Name _____
Signature _____  Signature _____
Date _____  Date _____