# LYNDEN TRANSPORT

(LTIA)
www.ltia.lynden.com

P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

**Terminals**

| ANCHORAGE | VALDEZ | SITKA | HOUSTON |
| FAIRBANKS | JUNEAU | HAINES | DALLAS |
| PRUDHOE BAY | KETCHIKAN | SKAGWAY | EDMONTON |
| | WRANGELL | TACOMA | PORTLAND |
| KENAI | PETERSBURG | LOS ANGELES | |

**PRO-NUMBER** 5997796   YL

| DATE RECEIVED | TO | VERSION | CA. CODE | CONNECTING LINE PRO NUMBER | CA. DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 12-30-14 | HOM | | | | | 537004 | 1 | 1 | |

**EXHIBIT D-24**

**CONSIGNEE**
COOK INLET ENERGY
35315 NORTH FORK RD
ANCHOR POINT, AK 99556

**SHIPPER**
WEATHERFORD ALS
12860 OLD SEWARD HWY
ANCHORAGE, AK 99515-3510

| REVENUE | CA. PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 501.90 | | | | 1867940 | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99515 TO 99556<br>BL 1867940<br>PO AFE146003<br>PO NFU2426<br>RIG 37<br>***KEEP MOVING***<br>PC FAK DRILLING EXTENSION 6 1/4" HAJ<br>SN#1766-0538<br>32'0"L 6"W 6"H | 2400 | 1673 | 401.52 |
| | | FUEL SURCHARGE 25% | | 25.00 % | 100.38 |

RECEIVED JAN 09 2015 COOK INLET ENERGY

VEND
INV # 5997796   INV DATE 12-30-14
CHECKED BY AN   APPROVED BY 1-20-15   SERV DATE 1-5-15
CO 9354   PR/P/LOC/WHSE/FAC AREA/RENT EQUIP 1207   AFE/CUST EMP/VEH 146003   TRANSACTION AMOUNT 501.91

| | | DESCRIPTION | | | |
| 1 | | TOTAL COLLECT | 2400 | | 501.90 |
| | | PAGE 1 OF 1   01-05-15   010515 0139 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**

*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**

Please detach and return with your remittance

| PRO-NUMBER | 5997796 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $501.90 |

Customer Comments _____

Bill to:

COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:

LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



Lynden Invoice #
5997796

LTI 5997796

| Date Ordered | 12/30/2014 | AFE | 146003 |
|---|---|---|---|
| | | Cost Code | |

| Destination Address | North Fork Unit |
| | 35315 North Fork RD |
| | Anchor Point, AK 99556 |
| NOA (notify on arrival) | 146003 NFU 24-26 |
| | |
| Delivery Date | |
| Need Date On Site | |
| Shipper/Vendor Address | Weatherford |
| | 12860 Old Seward HWY |
| | Anchorage, AK |
| Pickup Date | 12/30/2014 |
| Bill To | Cook Inlet Energy |
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 1 pallet |
| Weight | 2400 LBS |
| Dimensions | 23'x6"x6" |

| Special Instructions | |

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____    Carrier _____
Printed Name _____    Printed Name _____
Signature _____    Signature _____
Date _____    Date _____