**LYNDEN TRANSPORT**

LYNDEN TRANSPORT
PO BOX 3725
SEATTLE WA 98124-3725

PHONE 800-426-5702   FAX 206-575-9580
www.ltia.lynden.com

Tax I.D. # 91-1169184

RECEIVED
JAN 12 2015
COOK INLET ENERGY

## Statement of Account

| | |
|---|---|
| 01/05/15 | Page 1 of 3 |
| Statement Number: | 717289 |
| User Name: | 1COOKINL.415 |

For questions regarding your account please call Accounts Receivable (855) 620-7821.

**EXHIBIT D-25**

You may email your inquiries to LyndenAR@lynden.com

1oz - 3049 - 3249
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE AK 99501-6301

CREDIT TERMS: All charges due and payable 15 days from date of invoice INTEREST: 1.5% per month on unpaid balance 30 days and older

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 05/22/14 | 4873671 * | | 7,924.60 |
| 09/16/14 | 5901517 | | 318.09 |
| 09/19/14 | 0934860 | | 1,416.26 |
| 09/19/14 | 8092703 | | 1,717.86 |
| 09/19/14 | 5948491 | | 340.81 |
| 09/22/14 | 4871494 | | 692.32 |
| 09/22/14 | 8551478 | | 424.43 |
| 09/23/14 | 5950131 | | 1,349.24 |
| 09/25/14 | 0898491 | | 1,403.05 |
| 09/29/14 | 5953013 | | 137.26 |
| 09/30/14 | 8336758 | | 19,535.37 |
| 10/01/14 | 8336762 | | 18,828.69 |
| 10/02/14 | 1000192 | | 620.81 |
| 10/02/14 | 0939386 * | | 10,708.51 |
| 10/03/14 | 5960496 | | 95.98 |
| 10/03/14 | 8336767 | | 3,271.48 |
| 10/05/14 | 177914 | INTEREST | 805.57 |
| 10/08/14 | 4874658 | | 1,610.05 |
| 10/08/14 | 1007232 | | 460.90 |
| 10/09/14 | 8559549 | | 1,486.29 |
| 10/10/14 | 4858994 | | 1,064.20 |
| 10/10/14 | 0934387 | | 1,875.24 |

Handwritten form overlay:
VEND # | INV # 179355 | INV DATE 1/5/15
CHECKED BY BJ | APPROVED BY (signature) 1/16/15 | SERV DATE 1/5/15
CO | GL-ACCT CODE 8510 | SUB-ACCT CODE | PROP/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT 5300.23

| Current | 31-60 Days | 61-90 Days | Over 90 Days | Total Due |
|---|---|---|---|---|
| 11,903.03 | 26,079.00 | 263,059.86 | 69,590.33 | 370,632.22 |

Statement Number: 717289
User Name: 1COOKINL.415
Page 1 of 3

Please return stub with payment.

Amount Due: 370,632.22    Amount Paid:

| INVOICE # | AMOUNT | | INVOICE # | AMOUNT |
|---|---|---|---|---|
| ☐ 4873671 * | 7,924.60 | | ☐ 1000192 | 620.81 |
| ☐ 5901517 | 318.09 | | ☐ 0939386 * | 10,708.51 |
| ☐ 0934860 | 1,416.26 | | ☐ 5960496 | 95.98 |
| ☐ 8092703 | 1,717.86 | | ☐ 8336767 | 3,271.48 |
| ☐ 5948491 | 340.81 | | ☐ 177914 | 805.57 |
| ☐ 4871494 | 692.32 | | ☐ 4874658 | 1,610.05 |
| ☐ 8551478 | 424.43 | | ☐ 1007232 | 460.90 |
| ☐ 5950131 | 1,349.24 | | ☐ 8559549 | 1,486.29 |
| ☐ 0898491 | 1,403.05 | | ☐ 4858994 | 1,064.20 |
| ☐ 5953013 | 137.26 | | ☐ 0934387 | 1,875.24 |
| ☐ 8336758 | 19,535.37 | | ☐ 8335369 * | 12,523.05 |
| ☐ 8336762 | 18,828.69 | | ☐ 0939090 | 6,852.88 |

1oz - 3049 - 3249

PLEASE REMIT TO:   LYNDEN TRANSPORT, P.O. BOX 34026, SEATTLE, WA 98124-1026

# Statement of Account

**LYNDEN TRANSPORT**
PO BOX 3725
SEATTLE WA 98124-3725

PHONE 800-426-5702  FAX 206-575-9580
www.ltia.lynden.com

1oz - 3049 - 3250
**COOK INLET ENERGY LLC**

| | 01/05/15 | Page 2 of 3 |
|---|---|---|
| | Statement Number: | 717289 |
| | User Name: | 1COOKINL.415 |

For questions regarding your account please call Accounts Receivable (855) 620-7821.

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 10/10/14 | 8335369 * | | 12,523.05 |
| 10/10/14 | 0939090 | | 6,852.88 |
| 10/10/14 | 5954011 | | 95.98 |
| 10/13/14 | 0930373 | | 662.03 |
| 10/14/14 | 5766509 | | 519.52 |
| 10/14/14 | 4858997 | | 200.38 |
| 10/14/14 | 1008792 | | 131.37 |
| 10/14/14 | 5914045 * | | 2,354.10 |
| 10/14/14 | 5914046 | | 2,354.10 |
| 10/14/14 | 5887590 | | 95.54 |
| 10/15/14 | 5917519 | | 95.54 |
| 10/15/14 | 1019345 | | 2,354.10 |
| 10/15/14 | 5914460 | | 3,061.39 |
| 10/16/14 | 0934031 | | 758.35 |
| 10/16/14 | 4874568 | | 268.80 |
| 10/16/14 | 8335378 | | 21,122.20 |
| 10/16/14 | 8577468 | | 1,478.76 |
| 10/16/14 | 5896710 | | 95.54 |
| 10/17/14 | 8551479 | | 796.13 |
| 10/17/14 | 5978534 | | 232.07 |
| 10/17/14 | 0939137 | | 614.73 |
| 10/17/14 | 0938223 | | 13,196.40 |
| 10/17/14 | 8560654 | | 1,797.27 |
| 10/20/14 | 5874797 | | 95.04 |
| 10/21/14 | 4874736 | | 1,276.55 |
| 10/21/14 | 4874734 | | 237.30 |
| 10/21/14 | 4874735 | | 1,133.79 |
| 10/22/14 | 5116263 | | 95.04 |
| 10/22/14 | 0930355 | | 501.23 |
| 10/24/14 | 0999404 * | | 13,413.86 |
| 10/24/14 | 4873810 | | 9,482.25 |
| 10/28/14 | 1000223 | | 767.29 |

Statement Number: 717289
User Name: 1COOKINL.415
Page 2 of 3

Please return stub with payment.

**Amount Due**  370,632.22   **Amount Paid**

| INVOICE# | AMOUNT | INVOICE# | AMOUNT | INVOICE# | AMOUNT |
|---|---|---|---|---|---|
| ☐ 5954011 | 95.98 | ☐ 4874568 | 268.80 | ☐ 4874735 | 1,133.79 |
| ☐ 0930373 | 662.03 | ☐ 8335378 | 21,122.20 | ☐ 5116263 | 95.04 |
| ☐ 5766509 | 519.52 | ☐ 8577468 | 1,478.76 | ☐ 0930355 | 501.23 |
| ☐ 4858997 | 200.38 | ☐ 5896710 | 95.54 | ☐ 0999404 * | 13,413.86 |
| ☐ 1008792 | 131.37 | ☐ 8551479 | 796.13 | ☐ 4873810 | 9,482.25 |
| ☐ 5914045 * | 2,354.10 | ☐ 5978534 | 232.07 | ☐ 1000223 | 767.29 |
| ☐ 5914046 | 2,354.10 | ☐ 0939137 | 614.73 | ☐ 1004741 | 130.09 |
| ☐ 5887590 | 95.54 | ☐ 0938223 | 13,196.40 | ☐ 0938869 | 19,508.98 |
| ☐ 5917519 | 95.54 | ☐ 8560654 | 1,797.27 | ☐ 0938870 | 19,508.98 |
| ☐ 1019345 | 2,354.10 | ☐ 5874797 | 95.04 | ☐ 8341242 | 19,508.98 |
| ☐ 5914460 | 3,061.39 | ☐ 4874736 | 1,276.55 | ☐ 8341243 | 19,508.98 |
| ☐ 0934031 | 758.35 | ☐ 4874734 | 237.30 | ☐ 3462081 | 15,651.95 |

1oz - 3049 - 3250  **PLEASE REMIT TO:**   LYNDEN TRANSPORT, P.O. BOX 34026, SEATTLE, WA 98124-1026

# LYNDEN TRANSPORT

## Statement of Account

LYNDEN TRANSPORT
PO BOX 3725
SEATTLE WA 98124-3725

PHONE 800-426-5702 FAX 206-575-9580
www.ltia.lynden.com

1oz - 3049 - 3251

**COOK INLET ENERGY LLC**

| | 01/05/15 | Page 3 of 3 |
|---|---|---|
| | Statement Number: | 717289 |
| | User Name: | 1COOKINL.415 |

For questions regarding your account please call Accounts Receivable (855) 620-7821.

| Date | Invoice # | Description | Amount |
|---|---|---|---|
| 10/28/14 | 1004741 | | 130.09 |
| 10/29/14 | 0938869 | | 19,508.98 |
| 10/29/14 | 0938870 | | 19,508.98 |
| 10/31/14 | 8341242 | | 19,508.98 |
| 10/31/14 | 8341243 | | 19,508.98 |
| 11/04/14 | 3462081 | 9435195 | 15,651.95 |
| 11/04/14 | 3462179 | 9435193 | 13,502.45 |
| 11/05/14 | 3462249 | | 14,254.29 |
| 11/05/14 | 3462253 * | | 17,641.80 |
| 11/05/14 | 3462284 * | | 18,003.95 |
| 11/05/14 | 178401 | INTEREST | 680.15 |
| 11/06/14 | 4871467 | | 4,697.21 |
| 11/07/14 | 3462664 | | 631.60 |
| 11/10/14 | 3462860 | | 1,292.31 |
| 11/10/14 | 4874880 | | 418.35 |
| 11/11/14 | 3241146 | | 9,254.24 |
| 11/13/14 | 1016973 | | 130.09 |
| 11/14/14 | 5886772 | | 94.61 |
| 11/17/14 | 4874892 | | 1,326.33 |
| 11/17/14 | 4873817 | | 2,086.70 |
| 11/20/14 | 5901096 | | 436.77 |
| 11/20/14 | 5901097 | | 935.15 |
| 11/20/14 | 5973836 | | 363.98 |
| 11/21/14 | 3464482 * | | 519.34 |
| 12/05/14 | 178859 | INTEREST | 3,892.32 |
| 12/18/14 | 8576746 | | 1,404.47 |
| 12/19/14 | 4875517 | | 371.06 |
| 12/23/14 | 0871327 | | 3,627.43 |
| 12/30/14 | 5997796 | | 501.90 |
| 12/30/14 | 3468896 | | 697.94 |
| 01/05/15 | 179355 | INTEREST | 5,300.23 |

Statement Number: 717289
User Name: 1COOKINL.415
Page 3 of 3

Please return stub with payment.

| Amount Due | Amount Paid |
|---|---|
| 370,632.22 | |

| INVOICE# | AMOUNT | INVOICE# | AMOUNT | INVOICE# | AMOUNT |
|---|---|---|---|---|---|
| ☐ 3462179 | 13,502.45 | ☐ 4874892 | 1,326.33 | ☐ 179355 | 5,300.23 |
| ☐ 3462249 | 14,254.29 | ☐ 4873817 | 2,086.70 | | |
| ☐ 3462253 * | 17,641.80 | ☐ 5901096 | 436.77 | | |
| ☐ 3462284 * | 18,003.95 | ☐ 5901097 | 935.15 | | |
| ☐ 178401 | 680.15 | ☐ 5973836 | 363.98 | | |
| ☐ 4871467 | 4,697.21 | ☐ 3464482 * | 519.34 | | |
| ☐ 3462664 | 631.60 | ☐ 178859 | 3,892.32 | | |
| ☐ 3462860 | 1,292.31 | ☐ 8576746 | 1,404.47 | | |
| ☐ 4874880 | 418.35 | ☐ 4875517 | 371.06 | | |
| ☐ 3241146 | 9,254.24 | ☐ 0871327 | 3,627.43 | | |
| ☐ 1016973 | 130.09 | ☐ 5997796 | 501.90 | | |
| ☐ 5886772 | 94.61 | ☐ 3468896 | 697.94 | | |

1oz - 3049 - 325 **PLEASE REMIT TO:**    LYNDEN TRANSPORT, P.O. BOX 34026, SEATTLE, WA 98124-1026