# LYNDEN TRANSPORT

(LTIA)

Alaska

www.ltia.lynden.com

P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

RECEIVED
JAN 0 9 2015
COOK INLET ENERGY

**Terminals**

| | | | |
|---|---|---|---|
| ANCHORAGE | VALDEZ | SITKA | HOUSTON |
| FAIRBANKS | JUNEAU | HAINES | DALLAS |
| PRUDHOE | KETCHIKAN | SKAGWAY | EDMONTON |
| BAY | WRANGELL | TACOMA | PORTLAND |
| KENAI | PETERSBURG | LOS ANGELES | |

**PRO-NUMBER   4875672**   AO

| DATE RECEIVED | TO | VERSION | CA. CODE | CONNECTING | LINE PRO NUMBER | CA. DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-05-15 | CAL | | | | | | 553459 | 1 | 5 | |

| CONSIGNEE | SHIPPER |
|---|---|
| ENERFLEX LTD<br>3615 34TH ST NE<br>CALGARY, AB  T1Y6Z8 | COOK INLET ENERGY<br>MILE 26.5 NIKISKI BEACH RD<br>NIKISKI, AK  99635 |

EXHIBIT
**D-26**

| REVENUE | CA. PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 5348.60 | | | | | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | RATED FROM 99635 TO T2B2X3 | | | |
| | | REF HBA32 | | | |
| | | PO WMRU-14-1353 | | | |
| | | PO LOE# 300 | | | |
| | | PO 14-1353 | | | |
| | | ******ALCAN SERVICE****** | | | |
| | | 53' STEP FLAT | | | |
| 1 | | 53F, COMPRESSOR | 25000 | | |
| | | 18'0"L 10'6"W 11'0"H | | | |
| | | EXHAUST STACK | 500 | | |
| | | 10'0"L 2'6"W 2'6"H | | | |
| | | POC GERRY STEELE 403-589-7877 FOR DELIVERY | | | |
| | | PERMIT FEE | | | 250.00 |
| | | FLAT CHARGE | | | 3947.00 |
| | | FUEL SURCHARGE 26.7% | | 26.70 % | 1120.60 |
| | | "BORDER CROSS SECURITY FEE" | | | 31.00 |
| 1 | | TOTAL PREPAID | 25500 | | 5348.60 |
| | | PAGE 1 OF 1      01-07-15      010715 0138 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

## Serving All Alaska

*"Thank You For Choosing Lynden"*

FILE COPY

Payable within 15 days or charges may be subject to interest penalty.

---

## LYNDEN TRANSPORT, INC

*Please detach and return with your remittance*

| PRO-NUMBER   4875672 | CUSTOMER   CODE   COOKINL.415 | AMOUNT   $5,348.60 |
|---|---|---|

Customer   Comments

Bill to:

**COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK  99501-6301**

Remit to:

**LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA  98124-1026**



| VEND # | | INV #        4875672 | | INV DATE        1/7/2015 |
|---|---|---|---|---|
| CHECKED BY | BI | APPROVED BY | DATE  1/22/15 | SERV DATE        1/5/2015 |
| G/L -ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC | AFE # | AMOUNT |
| 6300 | | 300 | | 5,348.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 5,348.60 |

# Lynden Invoice #
# 4875672

LTI 4875672

| Date Ordered | 12/23/2014 | PO | WMRU-14-1353 |
|---|---|---|---|
| | | LOE# | 300 |

| Requester Name/Phone | Christi Parkinson 907-433-3829 |
|---|---|

| Destination Address | Enerflex Ltd. | |
|---|---|---|
| | Gerry Steele  (403) 589-8877 | |
| | 10121 Barlow Trail NE, Calgary, Alberta T3J3C6 | |
| NOA (notify on arrival) | Christi Parkinson 907-720-8433 | |
| Delivery Date | no later than 1/23/2015 | |
| Shipper/Vendor Address | Cook Inlet Energy - North Yard | |
| | 51530 Baker Road | |
| | Nikiski, AK 99635 | |
| Pickup Date | 12/29/2014 | |

| Bill To | Cook Inlet Energy PO |
|---|---|

| Freight Description Weight Dimensions | Compressor - 18'L x 10'-6"W x 11'H, 25,000 lb estimated weight |
|---|---|
| | Exhaust Stack - 10'L x 2'-6"W x 2'-6"H, 500 lb estimated weight |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR**

| Shipper | Christi Parki | Carrier | |
|---|---|---|---|
| Printed Name | | Printed Name | |
| Signature | | Signature | |
| Date | | Date | |

 Cook Inlet Energy

# PURCHASE ORDER

PURCHASE ORDER #1

| | |
|---|---|
| DATE: | 12/13/2014 |
| P.O. # | WMRU-14-1353 |
| LOE # | 300 |
| AFE # | |

601 W. 5th Avenue, Suite 310
Anchorage, AK 99501
Phone: (907) 334-6745
Fax: (907) 334-6735

| VENDOR | SHIP TO |
|---|---|
| Lynden International | Christi Parkinson |
| 6441 South Airpark Place | Attn: Cook Inlet Energy |
| Anchorage, AK 99502 | (907) 433-3829 |
| (907)-243-6150 | |
| Attn: Debbie Olendorff | |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| Christi Parkinson | | | |
| 433-3829 | | | |

| PART # | DESCRIPTION | QTY | PRICE EA. | TOTAL |
|---|---|---|---|---|
| | Freight Transport - Booster Compressor | 1 | 5364.74 | $5,364.74 |
| | return to Enerflex Ltd. | | | 0.00 |
| | Attn: Gerry Steele 403-589-8877 | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | SUBTOTAL | $5,364.74 |
| | | | S & H | |
| | | | OTHER | $ - |
| | | | TOTAL | $ 5,364.74 |

Other Comments or Special Instructions

Authorized by _____     Date    12/23/14

**Christina Parkinson**

| | |
|---|---|
| **From:** | Debbie Olendorff <olendorf@lynden.com> |
| **Sent:** | Tuesday, December 23, 2014 10:41 AM |
| **To:** | Christina Parkinson |
| **Cc:** | Lynden Freight Support |
| **Subject:** | RE: CIE Compressor return - dimensions |

The quote for this is $5,364.74 the transit time is 7-10 business days.
Let me know if and when you need this set up, thanks.

Debbie Olendorff
Customer Service

**LYNDEN INTERNATIONAL**
6441 South Airpark Place
Anchorage, Alaska  99502
Phone 907-243-6150 or 877-856-9696
Fax 907-243-2143
olendorf@lynden.com
www.laf.lynden.com

🖪 Please consider the environment before printing this email

**From:** Debbie Olendorff
**Sent:** Monday, December 22, 2014 3:02 PM
**To:** Christina Parkinson
**Cc:** Debbie Olendorff
**Subject:** RE: CIE Compressor return - dimensions

I am hoping it we will back later this afternoon.
First thing tomorrow morning at the very latest, but I should have it within the next hour or so.

Debbie Olendorff
Customer Service

**LYNDEN INTERNATIONAL**
6441 South Airpark Place
Anchorage, Alaska  99502
Phone 907-243-6150 or 877-856-9696
Fax 907-243-2143
olendorf@lynden.com
www.laf.lynden.com

🖪 Please consider the environment before printing this email

**From:** Christina Parkinson [mailto:christi.parkinson@cookinlet.net]
**Sent:** Monday, December 22, 2014 2:34 PM
**To:** Debbie Olendorff
**Subject:** RE: CIE Compressor return - dimensions

Debbie,

If possible, can you please provide a quote by COB today? I will be out of the office for a few weeks starting this Wednesday.

Thank you,

Christi Parkinson
Cook Inlet Energy
Production Engineer
907-433-3829 (office)
907-720-8433 (mobile)
christi.parkinson@cookinlet.net

 Cook Inlet Energy

**From:** Debbie Olendorff [mailto:olendorf@lynden.com]
**Sent:** Monday, December 22, 2014 11:40 AM
**To:** Christina Parkinson; Lynden Freight Support
**Subject:** RE: CIE Compressor return - dimensions

I will get you a quote, thanks.

Debbie Olendorff
Customer Service

**LYNDEN INTERNATIONAL**
6441 South Airpark Place
Anchorage, Alaska  99502
Phone 907-243-6150 or 877-856-9696
Fax 907-243-2143
olendorf@lynden.com
www.laf.lynden.com

♻ Please consider the environment before printing this email

**From:** Christina Parkinson [mailto:christi.parkinson@cookinlet.net]
**Sent:** Monday, December 22, 2014 11:17 AM
**To:** Lynden Freight Support
**Subject:** CIE Compressor return - dimensions

Debbie,

Below are the dimensions and weights of the items that I need to send back to Calgary. Please let me know if you have any questions or need additional information. As we discussed, can you please prepare a quote for shipping this via truck? Also, you mentioned that we will need a form to handle international customs. Can you please send me the form?

Compressor;     Dimensions: 18' long x 10' 6" Wide x 11' High
                Weight: 25,000lb
Exhaust stack;  Dimenstions: 10' long x 2' 6' Wide x 2' 6" High
                    Weight: 500lb

2

Thank you,

Christi Parkinson
Cook Inlet Energy
Production Engineer
907-433-3829 (office)
907-720-8433 (mobile)
christi.parkinson@cookinlet.net

 Cook Inlet Energy

3