# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com

P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

**Terminals:** ANCHORAGE, FAIRBANKS, PRUDHOE BAY, KENAI, VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG, SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES, HOUSTON, DALLAS, EDMONTON, PORTLAND

**PRO-NUMBER** 3507129   MS

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 01-13-15 | KNA | | | | | 240283 | 21 | 1 | |

**CONSIGNEE**
COOK INLET ENERGY %H&H
51530 BAKERS ROAD
NIKISKI, AK 99635

JAN 3 0 2015
COOK INLET ENERGY

**SHIPPER**
NC MACHINERY
6450 ARCTIC BLVD STE 4
ANCHORAGE, AK 99518-1532

**EXHIBIT D-27**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 157.05 | | | | | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99518 TO 99635<br>PO AFE146004RU7<br>NOTIFY ON ARRIVAL<br>JOE SHWARTZ 907-252-0180<br>**FINAL DESTINATION OSPREY**<br>EA, FAK ENGINE STAND<br>4'0"L 6'0"W 3'0"H<br>ADJ WT FOR 72 CU FT<br>FUEL SURCHARGE 23.1% | 200<br><br><br><br><br><br>720 | 1772<br>23.10 % | 127.58<br>29.47 |
| 1 | | TOTAL COLLECT<br>PAGE 1 OF 1    01-15-15    011515 0138 | 200 | | 157.05 |

Serving All Alaska

"Thank You For Choosing Lynden"

FILE COPY

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**     Please detach and return with your remittance

| PRO-NUMBER | 3507129 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $157.05 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | INV # | 3507129 | | INV DATE | 1/13/15 |
|---|---|---|---|---|---|
| CHECKED BY AW | APPROVED BY (Production) | | DATE | SERV DATE | 1/15/15 |
| | APPROVED BY (Drilling) | | DATE 2-3-15 | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB- ACCT CODE | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 9354 | | 261 | | 146004 | 157.05 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 157.05 |

**Lynden Invoice**
**3507129**

LTI 3507129

| Date Ordered | 1/12/2015 | | AFE | 146004 RU 7 |
|---|---|---|---|---|
| | | | Cost Code | |
| Requester Name/Phone | | | | |

| Destination Address | Cook Inlet Energy C/O H&H Noth Yard |
|---|---|
| | 51530 Bakers Rd |
| NOA (notify on arrival) | Jesse |
| Delivery Date | |

| Shipper/Vendor | NC Machinery   Scott Extrum  786-7500 |
|---|---|
| Address | 6450 Arctic Blvd, |
| | Anchorage, AK 99518 |
| Pickup Date | |

| Bill To | Cook Inlet Energy |
|---|---|

| Freight Description | Engine Stand |
|---|---|
| Weight | |
| Dimensions | |

| Special Instructions | CIE yard to deliver to OSK--Work boat for delivery to the Osprey |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR**

Shipper  
Printed Name  
Signature  
Date  

Carrier  
Printed Name  
Signature  
Date