# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

**RECEIVED JAN 3 0 2015 COOK INLET ENERGY**

Terminals:
ANCHORAGE VALDEZ SITKA HOUSTON
FAIRBANKS JUNEAU HAINES DALLAS
PRUDHOE KETCHIKAN SKAGWAY EDMONTON
BAY WRANGELL TACOMA PORTLAND
KENAI PETERSBURG LOS ANGELES

**PRO-NUMBER 5997799   AN**

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 01-16-15 | HOM | 2/2 | | | | 140018 | 16 | 1 | |

CONSIGNEE
COOK INLET ENERGY
35315 NORTH FORK RD
ANCHOR POINT, AK 99556

SHIPPER
WEATHERFORD DAILEY
12860 OLD SEWARD HWY
ANCHORAGE, AK 99515-3510

**EXHIBIT D-28**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 411.89 | | | | 1867944 | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | RATED FROM 99515 TO 99603 | | | |
| | | PO AFE 146005 | | | |
| | | PO WELL 90012261 | | | |
| | | PO WELL 90012262 | | | |
| | | PO NFU 3245 | | | |
| | | BL 1867944 | | | |
| 1 | | PLT, FAK DRILLING TOOLS | 2000 | 1673 | 334.60 |
| | | FUEL SURCHARGE 23.1% | | 23.10 % | 77.29 |
| | | AUTHORITY: | | | |
| | | CORRECTED TO SHOW PROPER CONSIGNEE. | | | |
| | | ADDITIONAL CHARGE: $53.92 | | | |
| | | corrected on 01-22-15 | | | |
| 1 | | TOTAL COLLECT | 2000 | | 411.89 |
| | | PAGE 1 OF 1   01-21-15   012315 0143 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**
*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**

Please detach and return with your remittance

| PRO-NUMBER | 5997799 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $411.89 |
|---|---|---|---|---|---|

Customer Comments _____

Bill to:                                Remit to:

COOK INLET ENERGY LLC                   LYNDEN TRANSPORT INC.
601 W 5TH AVE STE 310                   P.O. BOX 34026
ANCHORAGE, AK 99501-6301                SEATTLE, WA 98124-1026



| VEND # | INV # | 5997799 | | INV DATE | 1/16/15 |
|---|---|---|---|---|---|
| CHECKED BY AN | APPROVED BY (Production) | | DATE | SERV DATE | 1/23/15 |
| | APPROVED BY (Drilling) | | DATE 2-3-15 | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 9354 | | 1208 | | 146005 | 411.89 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 411.89 |

Lynden Invoice #
5997799

| LTI 5997799 | | | |
|---|---|---|---|
| Date Ordered | 1/16/2015 | AFE | 146005 |
| | | Cost Code | |
| | | | |

| Destination Address | North Fork Unit |
|---|---|
| | 35315 North Fork RD |
| | Anchor Point, AK 99556 |
| NOA (notify on arrival) | 146005-NFU 42-35 |
| | |
| Delivery Date | |
| Need Date On Site | |
| Shipper/Vendor Address | Weatherford |
| | 12860 Old Seward HWY |
| | Anchorage, AK |
| Pickup Date | 1/16/2015 |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 1 pallet |
|---|---|
| Weight | 2000 LBS |
| Dimensions | |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____     Carrier _____
Printed Name _____   Printed Name _____
Signature _____    Signature _____
Date _____       Date _____