**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

RECEIVED JAN 30 2015
COOK INLET ENERGY

Terminals:
ANCHORAGE  VALDEZ   SITKA    HOUSTON
FAIRBANKS  JUNEAU   HAINES   DALLAS
PRUDHOE    KETCHIKAN SKAGWAY EDMONTON
BAY        WRANGELL TACOMA   PORTLAND
KENAI      PETERSBURG LOS ANGELES

PRO-NUMBER **5997800**   LA

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 01-20-15 | HOM | | | | | 540066 | 1 | 1 | |

**CONSIGNEE**
COOK INLET ENERGY
35315 NORTH FORK RD
ANCHOR POINT, AK 99556

**SHIPPER**
WEATHERFORD DAILEY
12860 OLD SEWARD HWY
ANCHORAGE, AK 99515-3510

EXHIBIT **D-29**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 489.05 | | | | 279280 | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99515 TO 99603<br>PO WELL#NFU3245<br>PO AFE146005<br>BL 279280<br>REF ****RIG 37****<br>***KEEP MOVING***<br>PC, FAK 6 1/4"HDJ SN#1622-1006 1@390X6X6<br>32'6"L 6"W 6"H<br>FUEL SURCHARGE 21.8% | 2400 | 1673<br>21.80 % | 401.52<br>87.53 |

```
VEND #            INV # 5997800         INV DATE 1-20-15
CHECKED BY AN     APPROVED BY 2-3-15    SERV DATE 1-23-15

CO  GL-ACCT  SUB-ACCT  PROP/LOC/WHSE/FAC  AFE/CUST   TRANSACTION
    CODE     CODE      AREA/RENT EQUIP    EMP/VEH    AMOUNT
    9354               1208               146005     489.05
```

DESCRIPTION

| | | TOTAL COLLECT | 2400 | | 489.05 |
|---|---|---|---|---|---|
| 1 | | PAGE 1 OF 1   01-23-15   012315 0143 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

Serving All Alaska

"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 5997800 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $489.05 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



Lynden Invoice #
5997800

LTI 997800

| Date Ordered | 1/20/2015 | | AFE | 146005 |
|---|---|---|---|---|
| | | | Cost Code | |
| | | | | |

| Destination Address | North Fork Unit |
|---|---|
| | 35315 North Fork RD |
| | Anchor Point, AK 99556 |
| NOA (notify on arrival) | 146005-NFU 42-35 |
| | |
| Delivery Date | |
| Need Date On Site | |
| Shipper/Vendor | Weatherford |
| Address | 12860 Old Seward HWY |
| | Anchorage, AK |
| Pickup Date | 1/20/2015 |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 1 pallet |
|---|---|
| Weight | 2400 LBS |
| Dimensions | 390"x6"x6" |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____   Carrier _____
Printed Name _____   Printed Name _____
Signature _____   Signature _____
Date _____   Date _____