**LYNDEN TRANSPORT** (LTIA)
www.ltia.lynden.com
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

RECEIVED JAN 3 0 2015

Terminals:
ANCHORAGE  VALDEZ  SITKA  HOUSTON
FAIRBANKS  JUNEAU  HAINES  DALLAS
PRUDHOE  KETCHIKAN  SKAGWAY  EDMONTON
BAY  WRANGELL  TACOMA  PORTLAND
KENAI  PETERSBURG  LOS ANGELES

PRO-NUMBER **8560808**   DP

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 01-20-15 | KNA | | | COOK INLET ENERGY | | 453205 | 36 | 5 | |

CONSIGNEE:
OLGOONIK OILFIELD SERVICE
MILE 16 KENAI SPUR HWY
KENAI, AK   99611

SHIPPER:
TOP-CO INC
7720-17 ST
EDMONTON, AB   T6P1S7

**EXHIBIT D-30**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 726.04 | | | | 010879 | K | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM T6P1S TO 99611<br>PO 12855<br>BL 010879<br>PO AFE146004<br>PLT, FAK CENTRALIZER SOLID BODY<br>FUEL SURCHARGE 23.9%<br>"BORDER CROSS SECURITY FEE" | 710 | 7901<br>23.90 % | 560.97<br>134.07<br>31.00 |
| 1 | | TOTAL COLLECT | 710 | | 726.04 |

VEND #:
INV # 8560808
INV DATE 1·20·15
CHECKED BY AN
APPROVED BY [signature] 2-3-15
SERV DATE 1·23·15

| CO | GL ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH | TRANSACTION AMOUNT |
|---|---|---|---|---|---|
| | 9354 | | 261 | 146004 | 726.04 |

DESCRIPTION

PAGE 1 OF 1   01-23-15   012315 0143

Serving All Alaska
"Thank You For Choosing Lynden"

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

---

**LYNDEN TRANSPORT, INC**

Please detach and return with your remittance

| PRO-NUMBER | 8560808 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $726.04 |

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK   99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA   98124-1026



# LTI 8560808

| Date Ordered | 1/15/2015 | | AFE | 146004 |
|---|---|---|---|---|
| | | | Cost Code | |
| Requester Name/Phone | Justin Hall/907-335-0151 | | Well | |

| Destination Address | Olgoonik Oilfield Services |
|---|---|
| | Mile 16 Kenai Spur HWY |
| | Kenai, Alaska 99611 |
| NOA (notify on arrival) | 907-335-0151 |
| Delivery Date | 1/30/2015 |

| Shipper/Vendor | TOP CO |
|---|---|
| Address | 7720 - 17 Street NW |
| | Edmonton, AB |
| | T6P 1S7  CANADA |
| Pickup Date | |

| Bill To | Cook Inlet Energy |
|---|---|
| | Well:RU-07B |

| Freight Description | 4-1/2" X 6-1/2" CENTRALIZERS- QTY 75 |
|---|---|
| Weight | 710# |
| Dimensions | 48"X40"X23" |
| Special Instructions | STANDARD TRUCK SHIPPING WILL BE SUFFICIENT |

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR**

Shipper _____   Carrier _____
Printed Name _____   Printed Name _____
Signature _____   Signature _____
Date _____   Date _____