# LYNDEN TRANSPORT

(LTIA)
www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575    (866) 596-3368    FAX (206) 575-9580

RECEIVED JAN 3 0 2015

**COOK INLET ENERGY**

Terminals:
ANCHORAGE, FAIRBANKS, PRUDHOE, BAY, KENAI, VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG, SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES, HOUSTON, DALLAS, EDMONTON, PORTLAND

PRO-NUMBER **5997801**    YL

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 01-22-15 | HOM | | | | | 540248 | 4 | 1 | |

**CONSIGNEE**
COOK INLET ENERGY
35315 NORTH FORK RD
ANCHOR POINT, AK 99556

**SHIPPER**
WEATHERFORD DAILEY
12860 OLD SEWARD HWY
ANCHORAGE, AK 99515-3510

**EXHIBIT D-31**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 489.05 | | | | 279309 | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99501 TO 99603<br>PO AFE146005<br>BL 279309<br>REF WELL#NFU 3245<br>PC, FAK 6 1/2"HDJ SN#1416-1573 1@396X7X7<br>33'0"L 7"W 7"H | 2400 | 1673 | 401.52 |
|  |  | FUEL SURCHARGE 21.8% |  | 21.80 % | 87.53 |
| 1 | | TOTAL COLLECT<br>PAGE 1 OF 1    01-27-15    012715 0139 | 2400 | | 489.05 |

Stamp:
INV # 5997801    INV DATE 1-22-15
CHECKED BY AN    APPROVED BY 2-3-15    SERV DATE 1-27-15
PROP/LOC/WHSE/FAC AREA/RENT EQUIP 1208
AFE/CUST EMP/VEH 146005
TRANSACTION AMOUNT 489.05
9354

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**

*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**    Please detach and return with your remittance

| PRO-NUMBER | 5997801 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $489.05 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



Lynden Invoice #
5997801

LTI 5997801

| Date Ordered | 1/22/2015 | AFE | 146005 |
|---|---|---|---|
| | | Cost Code | |
| | | | |

| Destination Address | North Fork Unit |
|---|---|
| | 35315 North Fork RD |
| | Anchor Point, AK 99556 |
| NOA (notify on arrival) | 146005-NFU 42-35 |
| | |
| Delivery Date | |
| Need Date On Site | |
| Shipper/Vendor | Weatherford |
| Address | 12860 Old Seward HWY |
| | Anchorage, AK |
| Pickup Date | 1/22/2015 |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 1 Jar |
|---|---|
| Weight | 2400 LBS |
| Dimensions | 396"x7"x7" |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____   Carrier _____
Printed Name _____   Printed Name _____
Signature _____   Signature _____
Date _____   Date _____