# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com
P.O. BOX 3725 • SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

**RECEIVED FEB 06 2015 COOK INLET ENERGY**

**Terminals:** ANCHORAGE, FAIRBANKS, PRUDHOE, BAY, KENAI, VALDEZ, JUNEAU, KETCHIKAN, WRANGELL, PETERSBURG, SITKA, HAINES, SKAGWAY, TACOMA, LOS ANGELES, HOUSTON, DALLAS, EDMONTON, PORTLAND

**PRO-NUMBER** 4871406   DG

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 02-02-15 | ANC | | | | | AMLU442338 | 3 | 1 | |

**CONSIGNEE**
WEATHERFORD DAILEY
12860 OLD SEWARD HWY
ANCHORAGE, AK 99515-3510

**SHIPPER**
WEATHERFORD US INC
MILE 26.5 KENAI SPUR HWY
NIKISKI, AK 99635

**EXHIBIT D-32**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 492.79 | | | | 1737267 | K | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99611 TO 99501<br>BL 1737267<br>PO AFE 146005<br>PO NF 42-35<br>PO RIG 37<br>EA, FAK 6-1/4 D/A JAR #1766-0538 | 2000 | | |
| 1 | | PLT, FAK STC 2 EA 8-3/4 GHOST REAMERS #'S<br>9001-2261, 9001-2262<br>AS WEIGHT<br>FUEL SURCHARGE 19.9% | 1000<br>5000 | 822<br>19.90 % | 411.00<br>81.79 |
| | | DO NOT RELEASE WITHOUT<br>VERIFICATION OF PAYMENT. | | | |
| 2 | | TOTAL PREPAID | 3000 | | 492.79 |
| | | PAGE 1 OF 1   02-05-15   020515 0139 | | | |

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**
*"Thank You For Choosing Lynden"*

**FILE COPY**
Payable within 15 days or charges may be subject to interest penalty.

---

**LYNDEN TRANSPORT, INC**   Please detach and return with your remittance

| PRO-NUMBER | 4871406 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $492.79 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | | INV # 4871406 | | INV DATE | 2/2/15 |
|---|---|---|---|---|---|
| CHECKED BY AN | | APPROVED BY (Production) | DATE | SERV DATE | 2/5/15 |
| | | APPROVED BY (Drilling) | DATE 2-12-15 | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB- ACCT CODE | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 9354 | | 1208 | | 146005 | 492.79 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 492.79 |

Lynden Invoice #
4871406

| | |
|---|---|
| Date Ordered | 2/2/2015 |
| | |

| | |
|---|---|
| AFE | 146005 |
| Cost Code | |

| | |
|---|---|
| Destination Address | Weatherford<br>12860 Old Seward HWY<br>Anchorage, AK |
| NOA (notify on arrival) | 146005-NFU 42-35 |
| | |
| Delivery Date | |
| Need Date On Site | |
| Shipper/Vendor Address | Weatherford<br>Mile 26.5 Kenai Spur Hwy<br>Nikiski, AK 99635 |
| Pickup Date | 2/2/2015 |

| | |
|---|---|
| Bill To | Cook Inlet Energy<br>601 W 5th Ave, Suite 310<br>Anchorage, AK 99501 |

| | |
|---|---|
| Freight Description | 2 pallets |
| Weight | 3000 LBS |
| Dimensions | 31'x6.5x6.5 & 8'x4'x12" |

| | |
|---|---|
| Special Instructions | |

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____   Carrier _____
Printed Name _____   Printed Name _____
Signature _____   Signature _____
Date _____   Date _____