# LYNDEN TRANSPORT (LTIA)

www.ltia.lynden.com
P.O. BOX 3725 · SEATTLE, WA 98124-3725
(206) 575-9575   (866) 596-3368   FAX (206) 575-9580

**Terminals**
ANCHORAGE · VALDEZ · SITKA · HOUSTON
FAIRBANKS · JUNEAU · HAINES · DALLAS
PRUDHOE · KETCHIKAN · SKAGWAY · EDMONTON
BAY · WRANGELL · TACOMA · PORTLAND
KENAI · PETERSBURG · LOS ANGELES

**PRO-NUMBER** 4871410   AO

| DATE RECEIVED | TO | VERSION | C/L CODE | CONNECTING LINE PRO NUMBER | C/L DATE | UNIT NUMBER | POS | SVC. | ROUT. CODE |
|---|---|---|---|---|---|---|---|---|---|
| 02-09-15 | ANC | | | | | 340216 | 6 | 1 | |

**CONSIGNEE**
WEATHERFORD DAILEY
12860 OLD SEWARD HWY
ANCHORAGE, AK 99515-3510

**SHIPPER**
WEATHERFORD - HOMCO INC
51605 (MI 26.5) KENAI SPUR HWY
PO BOX 1241
KENAI, AK 99611

**EXHIBIT D-34**

| REVENUE | C/L PAYABLE | NON-RECEIVABLES | MISC. REV. | SHIPPER NUMBER | EXC. CODE | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|
| 156.94 | | | | 1737271 | | |

| PIECES | HM | DESCRIPTION AND MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | RATED FROM 99611 TO 99501<br>BL 1737271<br>PO AFE 146005<br>PO NF4235<br>PC FAK GHOST REAMER - 8' LONG<br>8'0"L 8"W 8"H<br>FUEL SURCHARGE 20.5%<br>REWEIGHED AT TERMINAL<br>DO NOT RELEASE WITHOUT<br>VERIFICATION OF PAYMENT | 735 | 1772<br>20.50 % | 130.24<br>26.70 |
| 1 | | TOTAL PREPAID<br>PAGE 1 OF 1   02-11-15   021115 0141 | 735 | | 156.94 |

RECEIVED FEB 12 2015 COOK INLET ENERGY

The above described shipment is handled in accordance with the terms and conditions of tariff files (regulated traffic) or rate agreements and contracts (non-regulated traffic), effective this date for above carrier and customer.

**Serving All Alaska**
*"Thank You For Choosing Lynden"*

FILE COPY
Payable within 15 days or charges may be subject to interest penalty.

---

## LYNDEN TRANSPORT, INC

Please detach and return with your remittance

| PRO-NUMBER | 4871410 | CUSTOMER CODE | COOKINL.415 | AMOUNT | $156.94 |
|---|---|---|---|---|---|

Customer Comments

Bill to:
COOK INLET ENERGY LLC
601 W 5TH AVE STE 310
ANCHORAGE, AK 99501-6301

Remit to:
LYNDEN TRANSPORT INC.
P.O. BOX 34026
SEATTLE, WA 98124-1026



| VEND # | INV # 4871410 | | INV DATE | 2/9/15 |
|---|---|---|---|---|
| CHECKED BY AN | APPROVED BY (Production) | DATE | SERV DATE | 2/11/15 |
| | APPROVED BY (Drilling) *[signature]* | DATE 2/16/15 | APPROVED BY | DATE |
| G/L -ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC | AFE # | AMOUNT |
| 9354 | | 1208 | 146005 | 156.94 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 156.94 |

Case 17-90020   Doc 9-38   Filed 10/30/17   Entered 10/30/17 10:04:35   Desc Exhibit D-34 - Invoice No. 4871410   Page 2 of 3

Lynden Invoice #
4871410

LTI 4871410

| Date Ordered | 2/9/2015 | AFE | 146005 |
|---|---|---|---|
| | | Cost Code | |

| Destination Address | Weatherford |
|---|---|
| | 12860 Old Seward HWY |
| | Anchorage, AK 99515 |
| NOA (notify on arrival) | |
| | |
| Delivery Date | |
| Need Date On Site | |
| Shipper/Vendor | Weatherford |
| Address | Mile 26.5 Kenai Spur HWY |
| | Nikiski, AK 99635 |
| Pickup Date | 2/9/2015 |

| Bill To | Cook Inlet Energy |
|---|---|
| | 601 W 5th Ave, Suite 310 |
| | Anchorage, AK 99501 |

| Freight Description | 1  Ghost reamer |
|---|---|
| Weight | 600 lbs |
| Dimensions | 8'x8"x8" |

| Special Instructions | |
|---|---|

**THIS FREIGHT SERVICE REQUEST FORM MUST BE ATTACHED TO BILL OF LADING FOR ALL SHIPMENTS**

Shipper _____  Carrier _____
Printed Name _____  Printed Name _____
Signature _____  Signature _____
Date _____  Date _____