| | INVOICE# | DATE | CURRENT | 31-60 | 61-90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|---|---|
| LYNDEN TRANSPORT | | | | | | | |
| COOK INLET ENERGY LL | 4860632 P | 12/13/2013 | | | | -5,029.40 | -5,029.40 |
| 15 ANCHORAGE, AK | 4859149 P | 12/13/2013 | | | | -5,029.40 | -5,029.40 |
| | 3462284 * | 11/5/2014 | | | | 18,003.95 | 18,003.95 ✓ |
| | 3462253 * | 11/5/2014 | | | | 17,641.80 | 17,641.80 ✓ |
| | 3462249 | 11/5/2014 | | | | 14,254.29 | 14,254.29 ✓ |
| | 178401 I | 11/5/2014 | | | | 680.15 | 680.15 ✓ |
| | 4871467 | 11/6/2014 | | | | 4,697.21 | 4,697.21 ✓ |
| | 3462664 | 11/7/2014 | | | | 631.6 | 631.6 ✓ |
| | 4874880 | 11/10/2014 | | | | 418.35 | 418.35 ✓ |
| | 3462860 | 11/10/2014 | | | | 1,292.31 | 1,292.31 ✓ |
| | 3241146 | 11/11/2014 | | | | 9,254.24 | 9,254.24 ✓ |
| | 1016973 | 11/13/2014 | | | | 130.09 | 130.09 ✓ |
| | 5886772 | 11/14/2014 | | | | 94.61 | 94.61 ✓ |
| | 4874892 | 11/17/2014 | | | | 1,326.33 | 1,326.33 ✓ |
| | 4873817 | 11/17/2014 | | | | 2,086.70 | 2,086.70 ✓ |
| | 5973836 | 11/20/2014 | | | | 363.98 | 363.98 ✓ |
| | 5901097 | 11/20/2014 | | | | 935.15 | 935.15 ✓ |
| | 5901096 | 11/20/2014 | | | | 436.77 | 436.77 ✓ |
| | 3464482 * | 11/21/2014 | | | | 519.34 | 519.34 ✓ |
| | 178859 I | 12/5/2014 | | | | 3,892.32 | 3,892.32 ✓ |
| | 8576746 | 12/18/2014 | | | | 1,404.47 | 1,404.47 ✓ |
| | 4875517 | 12/19/2014 | | | | 371.06 | 371.06 ✓ |
| | 4875981 | 12/22/2014 | | | 4,974.99 | | 4,974.99 ✓ |
| | 0871327 | 12/23/2014 | | | | 3,627.43 | 3,627.43 ✓ |
| | 5997796 | 12/30/2014 | | | | 501.9 | 501.9 ✓ |
| | 3468896 | 12/30/2014 | | | | 697.94 | 697.94 ✓ |
| | 4875672 | 1/5/2015 | | | | 5,348.60 | 5,348.60 ✓ |
| | 179355 I | 1/5/2015 | | | | 5,300.23 | 5,300.23 ✓ |
| | 3507129 | 1/13/2015 | | | 157.05 | | 157.05 ✓ |
| | 5997799 * | 1/16/2015 | | | 411.89 | | 411.89 ✓ |
| | 8560808 | 1/20/2015 | | | 726.04 | | 726.04 ✓ |
| | 5997800 | 1/20/2015 | | | 489.05 | | 489.05 ✓ |
| | 5997801 | 1/22/2015 | | | 489.05 | | 489.05 ✓ |
| | 7113332 | 1/23/2015 | | | 4,363.89 | | 4,363.89 ✓ |
| | 4871406 ✓ | 2/2/2015 | | | 492.79 | | 492.79 ✓ |
| | 179864 I | 2/5/2015 | | | 5,182.36 | | 5,182.36 |
| | 4871410 ✓ | 2/9/2015 | | 156.94 | | | 156.94 ✓ |
| | 180268 I | 3/5/2015 | | 1,434.76 | | | 1,434.76 |
| | 180674 I | 4/5/2015 | 1,444.50 | | | | 1,444.50 |
| | | TOTAL | 1,444.50 | 1,591.70 | 17,287.11 | 83,852.02 | 104,175.33 |

EXHIBIT D-35

| VEND # | | INV # 180268 | | INV DATE | 3/5/2015 |
|---|---|---|---|---|---|
| CHECKED BY | BI | APPROVED BY | DATE 4/16/15 | SERV DATE | 2/28/2015 |
| G/L -ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC | | AFE # | AMOUNT |
| 8510 | | | | | $ 1,434.76 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 1,434.76 |