

**LYNDEN TRANSPORT**

P O BOX 3725
SEATTLE WA 98124-3725

# INVOICE RECEIVED

P.O. Box 3725
Seattle, WA 98124-1026  AUG 10 2015
U.S.A.

COOK INLET ENERGY

**EXHIBIT D-37**

Invoice For: Cook Inlet Energy
601 W 5th Ave, Ste 310
Anchorage, AK 99501-6301
(907) 433-3818

Invoice ID: 181619
Issue Date: 06/05/2015
Due Date:
Terms: Due upon receipt

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Interest charges – June | | | $630.54 |

| VEND # | | INV # 181619 | | INV DATE 6/5/15 | |
|---|---|---|---|---|---|
| CHECKED BY BI | | APPROVED BY | | SERV DATE 6/1/15 | |
| CO | GL-ACCT CODE | SUB-ACCT CODE | PRORA/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT |
| | 8510 | | | | 630.54 |
| DESCRIPTION | | | | | |

SUBTOTAL
TAX RATE
TAX
AMOUNT DUE | $630.54

"Thank You for Shipping with Lynden Transport"