

**LYNDEN TRANSPORT.**

P O BOX 3725
SEATTLE WA 98124-3725

# INVOICE

**EXHIBIT D-38**

P.O. Box 3725
Seattle, WA 98124-1026
U.S.A.

Invoice For: Cook Inlet Energy
601 W 5th Ave, Ste 310
Anchorage, AK 99501-6301
(907) 433-3818

Invoice ID: 182157
Issue Date: 07/05/2015
Due Date:
Terms: Due upon receipt

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Interest charges – July | | | $647.36 |

| VEND # | | INV # 182157 | | INV DATE 7/5/15 | |
|---|---|---|---|---|---|
| CHECKED BY B | | APPROVED BY 7-12-15 | | SERV DATE 7/1/15 | |
| CO | GL-ACCT CODE | SUB-ACCT CODE | PROP/LOC/WHSE/FAC AREA/RENT EQUIP | AFE/CUST EMP/VEH. | TRANSACTION AMOUNT |
| | 8510 | | | | 647.36 |
| | | | | | |
| | | | | | |
| DESCRIPTION | | | | | |

SUBTOTAL
TAX RATE
TAX
AMOUNT DUE | $647.36

"Thank You for Shipping with Lynden Transport"