

**LYNDEN TRANSPORT.**

P O BOX 3725
SEATTLE WA 98124-3725

# INVOICE

**EXHIBIT D-39**

P.O. Box 3725
Seattle, WA 98124-1026
U.S.A.

| Invoice For: | Cook Inlet Energy | | |
|---|---|---|---|
| | 601 W 5ᵗʰ Ave, Ste 310 | | |
| | Anchorage, AK  99501-6301 | | |
| | (907) 433-3818 | | |

| | |
|---|---|
| Invoice ID | 182722 |
| Issue Date | 08/05/2015 |
| Due Date | |
| Terms | Due upon receipt |

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Interest charges – August | | | $630.54 |

| | | |
|---|---|---|
| SUBTOTAL | | |
| TAX RATE | | |
| TAX | | |
| AMOUNT DUE | | $630.54 |

"Thank You for Shipping with Lynden Transport"